# EXHIBIT "B"



West Side Tank Farm Stormwater Holding Basin and associated Oil/Water Separator at the Providence Terminal.



Unpermitted discharge from the Providence Terminal into the Providence River.

1