# EXHIBIT "C"

## Storm Water Holding Basin (West Tank Farm)

April 2012



Storm Water Holding Basin (West Tank Farm). 41°47'45.56"N and 71°24'02.45"W elev. 10 ft. eye alt. 1270 ft. Google Earth. April 2, 2012. Accessed June 22, 2017.

April 2013



Storm Water Holding Basin (West Tank Farm). 41°47'45.56"N and 71°24'02.45"W elev. 18 ft. eye alt. 1270 ft. Google Earth. April 27, 2013. Accessed June 22, 2017.

April 2014



Storm Water Holding Basin (West Tank Farm). 41°795"N and 71°407"W. City of Providence, MassGIS, Esri., HERE, Increment P, USGS, EPA, USDA | URI, EDC, RIGIS. April 2014. Accessed June 26, 2017.

1

September 2014



Storm Water Holding Basin (West Tank Farm). 41°47'45.56"N and 71°24'02.45"W elev. 10 ft. eye alt. 1270 ft. Google Earth. September 11, 2014. Accessed June 22, 2017.

May 2015



Storm Water Holding Basin (West Tank Farm). 41°47'45.56"N and 71°24'02.45"W elev. 10 ft. eye alt. 1270 ft. Google Earth. May 6, 2015. Accessed June 22, 2017.

June 2016



Storm Water Holding Basin (West Tank Farm). 41°798"N and 71°402"W. City of Providence, MassGIS, Esri., HERE, Increment P, USGS, EPA, USDA | URI, EDC, RIGIS. June 2016. Accessed June 26, 2017.

August 2016



Storm Water Holding Basin (West Tank Farm). 41°47'45.56"N and 71°24'02.45"W elev. 18 ft. eye alt. 1270 ft. Google Earth. August 22, 2016. Accessed June 22, 2017.

**Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm)**

April 2012



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). 41°47'59.35"N and 71°23'53.00"W elev. 7 ft. eye alt. 914 ft. Google Earth. April 2, 2012. Accessed June 22, 2017.

April 2013



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). 41°47'59.35"N and 71°23'53.00"W elev. 7 ft. eye alt. 1023 ft. Google Earth. April 27, 2013. Accessed June 22, 2017.

April 2014



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). Storm Water Holding Basin (West Tank Farm). 41°802"N and 71°396"W. City of Providence, MassGIS, Esri., HERE, Increment P, USGS, EPA, USDA | URI, EDC, RIGIS. April 2014. Accessed June 26, 2017.

September 2014



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). 41°47'59.36"N and 71°23'53.00"W elev. 7 ft. eye alt. 1023 ft. Google Earth. September 11, 2014. Accessed June 22, 2017.

May 2015



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). 41°48'00.81"N and 71°23'52.54"W elev. 7 ft. eye alt. 1004 ft. Google Earth. May 6, 2015. Accessed June 22, 2017.

June 2015



Photo captioned: "Motiva_oil-water_separator_site_2_03JUN2015." Photo of Oil/Water Separator taken for 2015 Water Compliance Inspection Report. June 3, 2015.

June 2016



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). Storm Water Holding Basin (West Tank Farm). 41°801"N and 71°400"W. City of Providence, MassGIS, Esri., HERE, Increment P, USGS, EPA, USDA | URI, EDC, RIGIS. June 2016. Accessed June 26, 2017.

June 2016



Oil/Water Separator 1, Oil/Water Separator 2, and Storm Water Holding Basin (East Tank Farm). 41°48'00.81"N and 71°23'52.54"W elev. 7 ft. eye alt. 1004 ft. Google Earth. August 22, 2016. Accessed June 22, 2017.