# EXHIBIT "D"

**Values reported on Shell's Discharge Monitoring Reports**

| Date | Outfall | Parameter | Permit MDL (ug/l) | Value Reported on DMR (ug/l) |
|---|---|---|---|---|
| 7/1/12 | 002A | Total Xylenes | 0.5 | <1 |
| 7/2/12 | 001A | Total Xylenes | 0.5 | <1 |
| 8/1/12 | 001A | Total Xylenes | 0.5 | <1 |
| 8/1/12 | 002A | Total Xylenes | 0.5 | <1 |
| 9/5/12 | 001A | Total Xylenes | 0.5 | <1 |
| 9/5/12 | 002A | Total Xylenes | 0.5 | <1 |
| 10/3/12 | 001A | Total Xylenes | 0.5 | <1 |
| 10/3/12 | 002A | Total Xylenes | 0.5 | <1 |
| 11/8/12 | 001A | Total Xylenes | 0.5 | <1 |
| 11/8/12 | 002A | Total Xylenes | 0.5 | <1 |
| 12/10/12 | 001A | Total Xylenes | 0.5 | <1 |
| 12/10/12 | 002A | Total Xylenes | 0.5 | <1 |
| 1/15/13 | 001A | Total Xylenes | 0.5 | <1 |
| 1/15/13 | 002A | Total Xylenes | 0.5 | <1 |
| 2/12/13 | 002A | Total Xylenes | 0.5 | <1 |
| 3/8/13 | 001A | Total Xylenes | 0.5 | <1 |
| 3/8/13 | 002A | Total Xylenes | 0.5 | <1 |
| 4/1/13 | 001A | Total Xylenes | 0.5 | <1 |
| 4/1/13 | 002A | Total Xylenes | 0.5 | <1 |
| 4/1/13 | 001A | Benzo[a]anthracene | 0.013 | <1 |
| 4/1/13 | 001A | Benzo[a]pyrene | 0.023 | <1 |
| 4/1/13 | 001A | Benzo[b]fluoranthene | 0.018 | <1 |
| 4/1/13 | 001A | Benzo[k]fluoranthene | 0.017 | <1 |
| 4/1/13 | 001A | Chrysene | 0.15 | <1 |
| 4/1/13 | 001A | Dibenzo[a,h]anthracene | 0.03 | <1 |
| 4/1/13 | 001A | Indeno[1,2,3-cd]pyrene | 0.043 | <1 |
| 4/1/13 | 002A | Benzo[a]anthracene | 0.013 | <1 |
| 4/1/13 | 002A | Benzo[a]pyrene | 0.023 | <1 |
| 4/1/13 | 002A | Benzo[b]fluoranthene | 0.018 | <1 |
| 4/1/13 | 002A | Benzo[k]fluoranthene | 0.017 | <1 |
| 4/1/13 | 002A | Chrysene | 0.15 | <1 |
| 4/1/13 | 002A | Dibenzo[a,h]anthracene | 0.03 | <1 |
| 4/1/13 | 002A | Indeno[1,2,3-cd]pyrene | 0.043 | <1 |
| 5/10/13 | 001A | Total Xylenes | 0.5 | <1 |
| 5/10/13 | 002A | Total Xylenes | 0.5 | <1 |
| 6/4/13 | 001A | Total Xylenes | 0.5 | <1 |
| 6/4/13 | 002A | Total Xylenes | 0.5 | <1 |
| 7/2/13 | 001A | Total Xylenes | 0.5 | <1 |
| 7/2/13 | 002A | Total Xylenes | 0.5 | <1 |
| 8/9/13 | 001A | Total Xylenes | 0.5 | <1 |
| 8/9/13 | 002A | Total Xylenes | 0.5 | <1 |
| 9/3/13 | 001A | Total Xylenes | 0.5 | <1 |
| 9/3/13 | 002A | Total Xylenes | 0.5 | <1 |
| 10/7/13 | 001A | Total Xylenes | 0.5 | <1 |
| 10/7/13 | 002A | Total Xylenes | 0.5 | <1 |
| 11/8/13 | 001A | Total Xylenes | 0.5 | <1 |
| 12/3/13 | 001A | Total Xylenes | 0.5 | <1 |
| 12/3/13 | 002A | Total Xylenes | 0.5 | <1 |
| 1/6/14 | 001A | Total Xylenes | 0.5 | <1 |
| 2/4/14 | 001A | Total Xylenes | 0.5 | <1 |
| 2/21/14 | 002A | Total Xylenes | 0.5 | <1 |

| Date | Outfall | Parameter | Permit MDL (ug/l) | Value Reported on DMR (ug/l) |
|---|---|---|---|---|
| 3/20/14 | 001A | Total Xylenes | 0.5 | <1 |
| 3/20/14 | 002A | Total Xylenes | 0.5 | <1 |
| 4/9/14 | 001A | Total Xylenes | 0.5 | <1 |
| 4/9/14 | 002A | Total Xylenes | 0.5 | <1 |
| 4/9/14 | 001A | Benzo[a]anthracene | 0.013 | <1 |
| 4/9/14 | 001A | Benzo[a]pyrene | 0.023 | <1 |
| 4/9/14 | 001A | Benzo[b]fluoranthene | 0.018 | <1 |
| 4/9/14 | 001A | Benzo[k]fluoranthene | 0.017 | <1 |
| 4/9/14 | 001A | Chrysene | 0.15 | <1 |
| 4/9/14 | 001A | Dibenzo[a,h]anthracene | 0.03 | <1 |
| 4/9/14 | 001A | Indeno[1,2,3-cd]pyrene | 0.043 | <1 |
| 4/9/14 | 002A | Benzo[a]anthracene | 0.013 | <1 |
| 4/9/14 | 002A | Benzo[a]pyrene | 0.023 | <1 |
| 4/9/14 | 002A | Benzo[b]fluoranthene | 0.018 | <1 |
| 4/9/14 | 002A | Benzo[k]fluoranthene | 0.017 | <1 |
| 4/9/14 | 002A | Chrysene | 0.15 | <1 |
| 4/9/14 | 002A | Dibenzo[a,h]anthracene | 0.03 | <1 |
| 4/9/14 | 002A | Indeno[1,2,3-cd]pyrene | 0.043 | <1 |
| 5/2/14 | 001A | Total Xylenes | 0.5 | <1 |
| 5/2/14 | 002A | Total Xylenes | 0.5 | <1 |
| 6/6/14 | 001A | Total Xylenes | 0.5 | <1 |
| 6/6/14 | 002A | Total Xylenes | 0.5 | <1 |
| 7/15/14 | 001A | Total Xylenes | 0.5 | <1 |
| 7/15/14 | 002A | Total Xylenes | 0.5 | <1 |
| 8/14/14 | 001A | Total Xylenes | 0.5 | <1 |
| 8/14/14 | 002A | Total Xylenes | 0.5 | <1 |
| 9/2/14 | 001A | Total Xylenes | 0.5 | <1 |
| 9/2/14 | 002A | Total Xylenes | 0.5 | <1 |
| 10/2/14 | 001A | Total Xylenes | 0.5 | <1 |
| 10/2/14 | 002A | Total Xylenes | 0.5 | <1 |
| 11/3/14 | 001A | Total Xylenes | 0.5 | <1 |
| 11/3/14 | 002A | Total Xylenes | 0.5 | <1 |
| 12/3/14 | 001A | Total Xylenes | 0.5 | <1 |
| 12/3/14 | 002A | Total Xylenes | 0.5 | <1 |
| 1/5/15 | 001A | Total Xylenes | 0.5 | <1 |
| 2/23/15 | 001A | Total Xylenes | 0.5 | <1 |
| 3/4/15 | 001A | Total Xylenes | 0.5 | <1 |
| 4/7/15 | 001A | Total Xylenes | 0.5 | <1 |
| 4/7/15 | 002A | Total Xylenes | 0.5 | <1 |
| 4/7/15 | 001A | Benzo[a]anthracene | 0.013 | <1 |
| 4/7/15 | 001A | Benzo[a]pyrene | 0.023 | <1 |
| 4/7/15 | 001A | Benzo[b]fluoranthene | 0.018 | <1 |
| 4/7/15 | 001A | Benzo[k]fluoranthene | 0.017 | <1 |
| 4/7/15 | 001A | Chrysene | 0.15 | <1 |
| 4/7/15 | 001A | Dibenzo[a,h]anthracene | 0.03 | <1 |
| 4/7/15 | 001A | Indeno[1,2,3-cd]pyrene | 0.043 | <1 |
| 4/7/15 | 002A | Benzo[a]anthracene | 0.013 | <1 |
| 4/7/15 | 002A | Benzo[a]pyrene | 0.023 | <1 |
| 4/7/15 | 002A | Benzo[b]fluoranthene | 0.018 | <1 |
| 4/7/15 | 002A | Benzo[k]fluoranthene | 0.017 | <1 |
| 4/7/15 | 002A | Chrysene | 0.15 | <1 |

| Date | Outfall | Parameter | Permit MDL (ug/l) | Value Reported on DMR (ug/l) |
|---|---|---|---|---|
| 4/7/15 | 002A | Dibenzo[a,h]anthracene | 0.03 | <1 |
| 4/7/15 | 002A | Indeno[1,2,3-cd]pyrene | 0.043 | <1 |
| 5/13/15 | 001A | Total Xylenes | 0.5 | <1 |
| 6/1/15 | 001A | Total Xylenes | 0.5 | <1 |
| 6/1/15 | 002A | Total Xylenes | 0.5 | <1 |
| 8/12/15 | 001A | Total Xylenes | 0.5 | <1 |
| 8/12/15 | 002A | Total Xylenes | 0.5 | <1 |
| 9/11/15 | 001A | Total Xylenes | 0.5 | <1 |
| 9/11/15 | 002A | Total Xylenes | 0.5 | <1 |
| 10/13/15 | 001A | Total Xylenes | 0.5 | <1 |
| 10/13/15 | 002A | Total Xylenes | 0.5 | <1 |
| 11/12/15 | 001A | Total Xylenes | 0.5 | <1 |
| 11/12/15 | 002A | Total Xylenes | 0.5 | <1 |
| 12/2/15 | 001A | Total Xylenes | 0.5 | <1 |
| 12/2/15 | 002A | Total Xylenes | 0.5 | <1 |
| 1/11/16 | 001A | Total Xylenes | 0.5 | <1 |
| 1/11/16 | 002A | Total Xylenes | 0.5 | <1 |
| 2/4/16 | 001A | Total Xylenes | 0.5 | <1 |
| 2/4/16 | 002A | Total Xylenes | 0.5 | <1 |
| 3/2/16 | 001A | Total Xylenes | 0.5 | <1 |
| 3/2/16 | 002A | Total Xylenes | 0.5 | <1 |
| 4/5/16 | 001A | Total Xylenes | 0.5 | <1 |
| 4/5/16 | 002A | Total Xylenes | 0.5 | <1 |
| 5/3/16 | 001A | Total Xylenes | 0.5 | <1 |
| 5/3/16 | 002A | Total Xylenes | 0.5 | <1 |
| 6/6/16 | 001A | Total Xylenes | 0.5 | <1 |
| 6/6/16 | 002A | Total Xylenes | 0.5 | <1 |
| 7/5/16 | 001A | Total Xylenes | 0.5 | <1 |
| 9/2/16 | 001A | Total Xylenes | 0.5 | <1 |
| 9/2/16 | 002A | Total Xylenes | 0.5 | <1 |
| **TOTAL VIOLATIONS** | | | | **132** |

*We were unable to obtain the July 2015 DMR for the Providence Terminal. Information contained within this DMR may reveal additional violations.