# EXHIBIT "G"

**Failure to Record Storm Event as Required by the Permit**

"...the permittee must provide the date and duration (hours) of the storm event sampled, the total depth of rainfall (inches), and the total volume of runoff ($Ft^3$). This information must be submitted with the Discharge Monitoring Report forms at the frequency specified in Part l.E.2 of this permit." Permit Part I.A.4.d, at 8.

| Date | Outfall | Violation |
|---|---|---|
| 7/2/12 | 001A | Did not submit duration of storm event sampled |
| 7/2/12 | 001A | Did not submit total depth of rainfall |
| 7/2/12 | 001A | Did not submit total volume of runoff |
| 7/1/12 | 002A | Did not submit duration of storm event sampled |
| 7/1/12 | 002A | Did not submit total depth of rainfall |
| 7/1/12 | 002A | Did not submit total volume of runoff |
| 7/19/12 | 001A | Did not submit duration of storm event sampled |
| 7/19/12 | 001A | Did not submit total depth of rainfall |
| 7/19/12 | 001A | Did not submit total volume of runoff |
| 7/19/12 | 002A | Did not submit duration of storm event sampled |
| 7/19/12 | 002A | Did not submit total depth of rainfall |
| 7/19/12 | 002A | Did not submit total volume of runoff |
| 8/1/12 | 001A | Did not submit duration of storm event sampled |
| 8/1/12 | 001A | Did not submit total depth of rainfall |
| 8/1/12 | 001A | Did not submit total volume of runoff |
| 8/1/12 | 002A | Did not submit duration of storm event sampled |
| 8/1/12 | 002A | Did not submit total depth of rainfall |
| 8/1/12 | 002A | Did not submit total volume of runoff |
| 8/17/12 | 001A | Did not submit duration of storm event sampled |
| 8/17/12 | 001A | Did not submit total volume of runoff |
| 8/17/12 | 002A | Did not submit duration of storm event sampled |
| 8/17/12 | 002A | Did not submit total volume of runoff |
| 9/19/12 | 001A | Did not submit duration of storm event sampled |
| 9/19/12 | 001A | Did not submit total volume of runoff |
| 9/19/12 | 002A | Did not submit duration of storm event sampled |
| 9/19/12 | 002A | Did not submit total volume of runoff |
| 10/3/12 | 001A | Did not submit duration of storm event sampled |
| 10/3/12 | 001A | Did not submit total volume of runoff |
| 10/3/12 | 002A | Did not submit duration of storm event sampled |
| 10/3/12 | 002A | Did not submit total volume of runoff |
| 10/9/12 | 001A | Did not submit duration of storm event sampled |
| 10/9/12 | 001A | Did not submit total volume of runoff |
| 10/9/12 | 002A | Did not submit duration of storm event sampled |
| 10/9/12 | 002A | Did not submit total volume of runoff |
| 11/8/12 | 001A | Did not submit duration of storm event sampled |
| 11/8/12 | 001A | Did not submit total volume of runoff |
| 11/8/12 | 002A | Did not submit duration of storm event sampled |
| 11/8/12 | 002A | Did not submit total volume of runoff |
| 11/14/12 | 001A | Did not submit duration of storm event sampled |
| 11/14/12 | 001A | Did not submit total volume of runoff |
| 11/14/12 | 002A | Did not submit duration of storm event sampled |
| 11/14/12 | 002A | Did not submit total volume of runoff |
| 12/10/12 | 001A | Did not submit duration of storm event sampled |
| 12/10/12 | 001A | Did not submit total volume of runoff |

| Date     | Outfall | Violation                                    |
|----------|---------|----------------------------------------------|
| 12/10/12 | 002A    | Did not submit duration of storm event sampled |
| 12/10/12 | 002A    | Did not submit total volume of runoff        |
| 12/10/12 | 003A    | Did not submit duration of storm event sampled |
| 12/10/12 | 003A    | Did not submit total volume of runoff        |
| 12/17/12 | 001A    | Did not submit duration of storm event sampled |
| 12/17/12 | 001A    | Did not submit total volume of runoff        |
| 12/17/12 | 002A    | Did not submit duration of storm event sampled |
| 12/17/12 | 002A    | Did not submit total volume of runoff        |
| 1/15/13  | 001A    | Did not submit duration of storm event sampled |
| 1/15/13  | 001A    | Did not submit total volume of runoff        |
| 1/15/13  | 002A    | Did not submit duration of storm event sampled |
| 1/15/13  | 002A    | Did not submit total volume of runoff        |
| 1/31/13  | 001A    | Did not submit duration of storm event sampled |
| 1/31/13  | 001A    | Did not submit total volume of runoff        |
| 1/31/13  | 002A    | Did not submit duration of storm event sampled |
| 1/31/13  | 002A    | Did not submit total volume of runoff        |
| 2/12/13  | 001A    | Did not submit duration of storm event sampled |
| 2/12/13  | 001A    | Did not submit total volume of runoff        |
| 2/12/13  | 002A    | Did not submit duration of storm event sampled |
| 2/12/13  | 002A    | Did not submit total volume of runoff        |
| 2/20/13  | 001A    | Did not submit duration of storm event sampled |
| 2/20/13  | 001A    | Did not submit total volume of runoff        |
| 2/20/13  | 002A    | Did not submit duration of storm event sampled |
| 2/20/13  | 002A    | Did not submit total volume of runoff        |
| 3/8/13   | 001A    | Did not submit duration of storm event sampled |
| 3/8/13   | 001A    | Did not submit total volume of runoff        |
| 3/8/13   | 002A    | Did not submit duration of storm event sampled |
| 3/8/13   | 002A    | Did not submit total volume of runoff        |
| 3/13/13  | 001A    | Did not submit duration of storm event sampled |
| 3/13/13  | 001A    | Did not submit total volume of runoff        |
| 3/13/13  | 002A    | Did not submit duration of storm event sampled |
| 3/13/13  | 002A    | Did not submit total volume of runoff        |
| 4/1/13   | 001A    | Did not submit duration of storm event sampled |
| 4/1/13   | 001A    | Did not submit total volume of runoff        |
| 4/1/13   | 002A    | Did not submit duration of storm event sampled |
| 4/1/13   | 002A    | Did not submit total volume of runoff        |
| 4/12/13  | 001A    | Did not submit duration of storm event sampled |
| 4/12/13  | 001A    | Did not submit total volume of runoff        |
| 4/12/13  | 002A    | Did not submit duration of storm event sampled |
| 4/12/13  | 002A    | Did not submit total volume of runoff        |
| 5/10/13  | 001A    | Did not submit duration of storm event sampled |
| 5/10/13  | 001A    | Did not submit total volume of runoff        |
| 5/10/13  | 002A    | Did not submit duration of storm event sampled |
| 5/10/13  | 002A    | Did not submit total volume of runoff        |
| 5/24/13  | 001A    | Did not submit duration of storm event sampled |
| 5/24/13  | 001A    | Did not submit total volume of runoff        |
| 5/24/13  | 002A    | Did not submit duration of storm event sampled |
| 5/24/13  | 002A    | Did not submit total volume of runoff        |
| 6/4/13   | 001A    | Did not submit duration of storm event sampled |
| 6/4/13   | 001A    | Did not submit total depth of rainfall       |
| 6/4/13   | 001A    | Did not submit total volume of runoff        |

| Date | Outfall | Violation |
|---|---|---|
| 6/4/13 | 002A | Did not submit duration of storm event sampled |
| 6/4/13 | 002A | Did not submit total depth of rainfall |
| 6/4/13 | 002A | Did not submit total volume of runoff |
| 6/4/13 | 003A | Did not submit duration of storm event sampled |
| 6/4/13 | 003A | Did not submit total depth of rainfall |
| 6/4/13 | 003A | Did not submit total volume of runoff |
| 6/11/13 | 001A | Did not submit duration of storm event sampled |
| 6/11/13 | 001A | Did not submit total volume of runoff |
| 6/11/13 | 002A | Did not submit duration of storm event sampled |
| 6/11/13 | 002A | Did not submit total volume of runoff |
| 7/2/13 | 001A | Did not submit duration of storm event sampled |
| 7/2/13 | 001A | Did not submit total volume of runoff |
| 7/2/13 | 002A | Did not submit duration of storm event sampled |
| 7/2/13 | 002A | Did not submit total volume of runoff |
| 7/12/13 | 001A | Did not submit duration of storm event sampled |
| 7/12/13 | 001A | Did not submit total volume of runoff |
| 7/12/13 | 002A | Did not submit duration of storm event sampled |
| 7/12/13 | 002A | Did not submit total volume of runoff |
| 8/9/13 | 001A | Did not submit duration of storm event sampled |
| 8/9/13 | 001A | Did not submit total volume of runoff |
| 8/9/13 | 002A | Did not submit duration of storm event sampled |
| 8/9/13 | 002A | Did not submit total volume of runoff |
| 8/23/13 | 001A | Did not submit duration of storm event sampled |
| 8/23/13 | 001A | Did not submit total volume of runoff |
| 8/23/13 | 002A | Did not submit duration of storm event sampled |
| 8/23/13 | 002A | Did not submit total volume of runoff |
| 9/3/13 | 001A | Did not submit duration of storm event sampled |
| 9/3/13 | 001A | Did not submit total volume of runoff |
| 9/3/13 | 002A | Did not submit duration of storm event sampled |
| 9/3/13 | 002A | Did not submit total volume of runoff |
| 9/13/13 | 001A | Did not submit duration of storm event sampled |
| 9/13/13 | 001A | Did not submit total volume of runoff |
| 9/13/13 | 002A | Did not submit duration of storm event sampled |
| 9/13/13 | 002A | Did not submit total volume of runoff |
| 10/7/13 | 001A | Did not submit duration of storm event sampled |
| 10/7/13 | 001A | Did not submit total volume of runoff |
| 10/7/13 | 002A | Did not submit duration of storm event sampled |
| 10/7/13 | 002A | Did not submit total volume of runoff |
| 11/8/13 | 001A | Did not submit duration of storm event sampled |
| 11/8/13 | 001A | Did not submit total volume of runoff |
| 11/18/13 | 001A | Did not submit duration of storm event sampled |
| 11/18/13 | 001A | Did not submit total volume of runoff |
| 12/3/13 | 001A | Did not submit duration of storm event sampled |
| 12/3/13 | 001A | Did not submit total volume of runoff |
| 12/3/13 | 002A | Did not submit duration of storm event sampled |
| 12/3/13 | 002A | Did not submit total volume of runoff |
| 12/9/13 | 001A | Did not submit duration of storm event sampled |
| 12/9/13 | 001A | Did not submit total volume of runoff |
| 12/9/13 | 002A | Did not submit duration of storm event sampled |
| 12/9/13 | 002A | Did not submit total volume of runoff |
| 12/9/13 | 003A | Did not submit duration of storm event sampled |

| Date | Outfall | Violation |
|---|---|---|
| 12/9/13 | 003A | Did not submit total volume of runoff |
| 1/6/14 | 001A | Did not submit duration of storm event sampled |
| 1/6/14 | 001A | Did not submit total volume of runoff |
| 1/6/14 | 002A | Did not submit duration of storm event sampled |
| 1/6/14 | 002A | Did not submit total volume of runoff |
| 1/13/14 | 001A | Did not submit duration of storm event sampled |
| 1/13/14 | 001A | Did not submit total volume of runoff |
| 1/13/14 | 002A | Did not submit duration of storm event sampled |
| 1/13/14 | 002A | Did not submit total volume of runoff |
| 2/4/14 | 001A | Did not submit duration of storm event sampled |
| 2/4/14 | 001A | Did not submit total volume of runoff |
| 2/21/14 | 001A | Did not submit duration of storm event sampled |
| 2/21/14 | 001A | Did not submit total volume of runoff |
| 2/21/14 | 002A | Did not submit duration of storm event sampled |
| 2/21/14 | 002A | Did not submit total volume of runoff |
| 3/20/14 | 001A | Did not submit duration of storm event sampled |
| 3/20/14 | 001A | Did not submit total volume of runoff |
| 3/20/14 | 002A | Did not submit duration of storm event sampled |
| 3/20/14 | 002A | Did not submit total volume of runoff |
| 3/31/14 | 001A | Did not submit duration of storm event sampled |
| 3/31/14 | 001A | Did not submit total volume of runoff |
| 3/31/14 | 002A | Did not submit duration of storm event sampled |
| 3/31/14 | 002A | Did not submit total volume of runoff |
| 4/9/14 | 001A | Did not submit duration of storm event sampled |
| 4/9/14 | 001A | Did not submit total volume of runoff |
| 4/9/14 | 002A | Did not submit duration of storm event sampled |
| 4/9/14 | 002A | Did not submit total volume of runoff |
| 4/16/14 | 001A | Did not submit duration of storm event sampled |
| 4/16/14 | 001A | Did not submit total volume of runoff |
| 4/16/14 | 002A | Did not submit duration of storm event sampled |
| 4/16/14 | 002A | Did not submit total volume of runoff |
| 5/2/14 | 001A | Did not submit duration of storm event sampled |
| 5/2/14 | 001A | Did not submit total volume of runoff |
| 5/2/14 | 002A | Did not submit duration of storm event sampled |
| 5/2/14 | 002A | Did not submit total volume of runoff |
| 5/19/14 | 001A | Did not submit duration of storm event sampled |
| 5/19/14 | 001A | Did not submit total volume of runoff |
| 5/19/14 | 002A | Did not submit duration of storm event sampled |
| 5/19/14 | 002A | Did not submit total volume of runoff |
| 6/6/14 | 001A | Did not submit duration of storm event sampled |
| 6/6/14 | 001A | Did not submit total volume of runoff |
| 6/6/14 | 002A | Did not submit duration of storm event sampled |
| 6/6/14 | 002A | Did not submit total volume of runoff |
| 6/6/14 | 003A | Did not submit duration of storm event sampled |
| 6/6/14 | 003A | Did not submit total volume of runoff |
| 6/13/14 | 001A | Did not submit duration of storm event sampled |
| 6/13/14 | 001A | Did not submit total volume of runoff |
| 6/13/14 | 002A | Did not submit duration of storm event sampled |
| 6/13/14 | 002A | Did not submit total volume of runoff |
| 7/15/14 | 001A | Did not somit duration of storm event sampled |
| 7/15/14 | 001A | Did not submit total volume of runoff |

| Date | Outfall | Violation |
| --- | --- | --- |
| 7/15/14 | 002A | Did not submit duration of storm event sampled |
| 7/15/14 | 002A | Did not submit total volume of runoff |
| 8/14/14 | 001A | Did not submit duration of storm event sampled |
| 8/14/14 | 001A | Did not submit total volume of runoff |
| 8/14/14 | 002A | Did not submit duration of storm event sampled |
| 8/14/14 | 002A | Did not submit total volume of runoff |
| 9/2/14 | 001A | Did not submit duration of storm event sampled |
| 9/2/14 | 001A | Did not submit total volume of runoff |
| 9/2/14 | 002A | Did not submit duration of storm event sampled |
| 9/2/14 | 002A | Did not submit total volume of runoff |
| 9/8/14 | 001A | Did not submit duration of storm event sampled |
| 9/8/14 | 001A | Did not submit total volume of runoff |
| 9/8/14 | 002A | Did not submit duration of storm event sampled |
| 9/8/14 | 002A | Did not submit total volume of runoff |
| 10/2/14 | 001A | Did not submit duration of storm event sampled |
| 10/2/14 | 001A | Did not submit total volume of runoff |
| 10/2/14 | 002A | Did not submit duration of storm event sampled |
| 10/2/14 | 002A | Did not submit total volume of runoff |
| 10/17/14 | 001A | Did not submit duration of storm event sampled |
| 10/17/14 | 001A | Did not submit total volume of runoff |
| 10/17/14 | 002A | Did not submit duration of storm event sampled |
| 10/17/14 | 002A | Did not submit total volume of runoff |
| 11/3/14 | 001A | Did not submit duration of storm event sampled |
| 11/3/14 | 001A | Did not submit total volume of runoff |
| 11/3/14 | 002A | Did not submit duration of storm event sampled |
| 11/3/14 | 002A | Did not submit total volume of runoff |
| 11/7/14 | 001A | Did not submit duration of storm event sampled |
| 11/7/14 | 001A | Did not submit total volume of runoff |
| 11/7/14 | 002A | Did not submit duration of storm event sampled |
| 11/7/14 | 002A | Did not submit total volume of runoff |
| 12/3/14 | 001A | Did not submit duration of storm event sampled |
| 12/3/14 | 001A | Did not submit total volume of runoff |
| 12/3/14 | 002A | Did not submit duration of storm event sampled |
| 12/3/14 | 002A | Did not submit total volume of runoff |
| 12/3/14 | 003A | Did not submit duration of storm event sampled |
| 12/3/14 | 003A | Did not submit total volume of runoff |
| 1/5/15 | 001A | Did not submit duration of storm event sampled |
| 1/5/15 | 001A | Did not submit total volume of runoff |
| 1/5/15 | 002A | Did not submit duration of storm event sampled |
| 1/5/15 | 002A | Did not submit total volume of runoff |
| 2/23/15 | 001A | Did not submit duration of storm event sampled |
| 2/23/15 | 001A | Did not submit total volume of runoff |
| 3/4/15 | 001A | Did not submit duration of storm event sampled |
| 3/4/15 | 001A | Did not submit total volume of runoff |
| 3/16/15 | 002A | Did not submit duration of storm event sampled |
| 3/16/15 | 002A | Did not submit total volume of runoff |
| 3/27/15 | 001A | Did not submit duration of storm event sampled |
| 3/27/15 | 001A | Did not submit total volume of runoff |
| 3/27/15 | 002A | Did not submit duration of storm event sampled |
| 3/27/15 | 002A | Did not submit total volume of runoff |
| 4/7/15 | 001A | Did not submit duration of storm event sampled |

| Date | Outfall | Violation |
|---|---|---|
| 4/7/15 | 001A | Did not submit total volume of runoff |
| 4/7/15 | 002A | Did not submit duration of storm event sampled |
| 4/7/15 | 002A | Did not submit total volume of runoff |
| 4/21/15 | 001A | Did not submit duration of storm event sampled |
| 4/21/15 | 001A | Did not submit total volume of runoff |
| 4/21/15 | 002A | Did not submit duration of storm event sampled |
| 4/21/15 | 002A | Did not submit total volume of runoff |
| 5/13/15 | 001A | Did not submit duration of storm event sampled |
| 5/13/15 | 001A | Did not submit total volume of runoff |
| 5/20/15 | 001A | Did not submit duration of storm event sampled |
| 5/20/15 | 001A | Did not submit total volume of runoff |
| 6/1/15 | 001A | Did not submit duration of storm event sampled |
| 6/1/15 | 001A | Did not submit total volume of runoff |
| 6/1/15 | 002A | Did not submit duration of storm event sampled |
| 6/1/15 | 002A | Did not submit total volume of runoff |
| 6/1/15 | 003A | Did not submit duration of storm event sampled |
| 6/1/15 | 003A | Did not submit total volume of runoff |
| 6/15/15 | 001A | Did not submit duration of storm event sampled |
| 6/15/15 | 001A | Did not submit total volume of runoff |
| 6/15/15 | 002A | Did not submit duration of storm event sampled |
| 6/15/15 | 002A | Did not submit total volume of runoff |
| 8/12/15 | 001A | Did not submit duration of storm event sampled |
| 8/12/15 | 001A | Did not submit total volume of runoff |
| 8/12/15 | 002A | Did not submit duration of storm event sampled |
| 8/12/15 | 002A | Did not submit total volume of runoff |
| 9/11/15 | 001A | Did not submit duration of storm event sampled |
| 9/11/15 | 001A | Did not submit total volume of runoff |
| 9/11/15 | 002A | Did not submit duration of storm event sampled |
| 9/11/15 | 002A | Did not submit total volume of runoff |
| 9/30/15 | 001A | Did not submit duration of storm event sampled |
| 9/30/15 | 001A | Did not submit total volume of runoff |
| 9/30/15 | 002A | Did not submit duration of storm event sampled |
| 9/30/15 | 002A | Did not submit total volume of runoff |
| 10/13/15 | 001A | Did not submit duration of storm event sampled |
| 10/13/15 | 001A | Did not submit total volume of runoff |
| 10/13/15 | 002A | Did not submit duration of storm event sampled |
| 10/13/15 | 002A | Did not submit total volume of runoff |
| 10/29/15 | 001A | Did not submit duration of storm event sampled |
| 10/29/15 | 001A | Did not submit total volume of runoff |
| 10/29/15 | 002A | Did not submit duration of storm event sampled |
| 10/29/15 | 002A | Did not submit total volume of runoff |
| 11/12/15 | 001A | Did not submit duration of storm event sampled |
| 11/12/15 | 001A | Did not submit total volume of runoff |
| 11/12/15 | 002A | Did not submit duration of storm event sampled |
| 11/12/15 | 002A | Did not submit total volume of runoff |
| 11/20/15 | 001A | Did not submit duration of storm event sampled |
| 11/20/15 | 001A | Did not submit total volume of runoff |
| 11/20/15 | 002A | Did not submit duration of storm event sampled |
| 11/20/15 | 002A | Did not submit total volume of runoff |
| 12/2/15 | 001A | Did not somit duration of storm event sampled |
| 12/2/15 | 001A | Did not submit total volume of runoff |

| Date | Outfall | Violation |
|---|---|---|
| 12/2/15 | 002A | Did not submit duration of storm event sampled |
| 12/2/15 | 002A | Did not submit total volume of runoff |
| 12/2/15 | 003A | Did not submit duration of storm event sampled |
| 12/2/15 | 003A | Did not submit total volume of runoff |
| 12/15/15 | 001A | Did not submit duration of storm event sampled |
| 12/15/15 | 001A | Did not submit total volume of runoff |
| 12/15/15 | 002A | Did not submit duration of storm event sampled |
| 12/15/15 | 002A | Did not submit total volume of runoff |
| 1/11/16 | 001A | Did not submit duration of storm event sampled |
| 1/11/16 | 001A | Did not submit total volume of runoff |
| 1/11/16 | 002A | Did not submit duration of storm event sampled |
| 1/11/16 | 002A | Did not submit total volume of runoff |
| 1/18/16 | 001A | Did not submit duration of storm event sampled |
| 1/18/16 | 001A | Did not submit total volume of runoff |
| 1/18/16 | 002A | Did not submit duration of storm event sampled |
| 1/18/16 | 002A | Did not submit total volume of runoff |
| 2/4/16 | 001A | Did not submit duration of storm event sampled |
| 2/4/16 | 001A | Did not submit total volume of runoff |
| 2/4/16 | 002A | Did not submit duration of storm event sampled |
| 2/4/16 | 002A | Did not submit total volume of runoff |
| 2/17/16 | 001A | Did not submit duration of storm event sampled |
| 2/17/16 | 001A | Did not submit total volume of runoff |
| 2/17/16 | 002A | Did not submit duration of storm event sampled |
| 2/17/16 | 002A | Did not submit total volume of runoff |
| 3/2/16 | 001A | Did not submit duration of storm event sampled |
| 3/2/16 | 001A | Did not submit total volume of runoff |
| 3/2/16 | 002A | Did not submit duration of storm event sampled |
| 3/2/16 | 002A | Did not submit total volume of runoff |
| 3/11/16 | 001A | Did not submit duration of storm event sampled |
| 3/11/16 | 001A | Did not submit total volume of runoff |
| 3/11/16 | 002A | Did not submit duration of storm event sampled |
| 3/11/16 | 002A | Did not submit total volume of runoff |
| 4/5/16 | 001A | Did not submit duration of storm event sampled |
| 4/5/16 | 001A | Did not submit total depth of rainfall |
| 4/5/16 | 001A | Did not submit total volume of runoff |
| 4/5/16 | 002A | Did not submit duration of storm event sampled |
| 4/5/16 | 002A | Did not submit total depth of rainfall |
| 4/5/16 | 002A | Did not submit total volume of runoff |
| 4/8/16 | 001A | Did not submit duration of storm event sampled |
| 4/8/16 | 001A | Did not submit total volume of runoff |
| 4/8/16 | 002A | Did not submit duration of storm event sampled |
| 4/8/16 | 002A | Did not submit total volume of runoff |
| 5/3/15 | 001A | Did not submit duration of storm event sampled |
| 5/3/15 | 001A | Did not submit total volume of runoff |
| 5/3/16 | 002A | Did not submit duration of storm event sampled |
| 5/3/16 | 002A | Did not submit total volume of runoff |
| 5/24/16 | 001A | Did not submit duration of storm event sampled |
| 5/24/16 | 001A | Did not submit total volume of runoff |
| 5/24/16 | 002A | Did not submit duration of storm event sampled |
| 5/24/16 | 002A | Did not submit total volume of runoff |
| 6/6/16 | 001A | Did not submit duration of storm event sampled |

| Date | Outfall | Violation |
| --- | --- | --- |
| 6/6/16 | 001A | Did not submit total volume of runoff |
| 6/6/16 | 002A | Did not submit duration of storm event sampled |
| 6/6/16 | 002A | Did not submit total volume of runoff |
| 6/6/16 | 003A | Did not submit duration of storm event sampled |
| 6/6/16 | 003A | Did not submit total volume of runoff |
| 6/21/16 | 001A | Did not submit duration of storm event sampled |
| 6/21/16 | 001A | Did not submit total volume of runoff |
| 6/21/16 | 002A | Did not submit duration of storm event sampled |
| 6/21/16 | 002A | Did not submit total volume of runoff |
| 7/5/16 | 001A | Did not submit duration of storm event sampled |
| 7/5/16 | 001A | Did not submit total volume of runoff |
| 8/2/16 | 001A | Did not submit duration of storm event sampled |
| 8/2/16 | 001A | Did not submit total depth of rainfall |
| 8/2/16 | 001A | Did not submit total volume of runoff |
| 8/9/16 or 8/15/16** | 001A | Did not submit duration of storm event sampled |
| 8/9/16 or 8/15/16** | 001A | Did not submit total depth of rainfall |
| 8/9/16 or 8/15/16** | 001A | Did not submit total volume of runoff |
| 9/2/16 | 001A | Did not submit duration of storm event sampled |
| 9/2/16 | 001A | Did not submit total volume of runoff |
| 9/2/16 | 002A | Did not submit duration of storm event sampled |
| 9/2/16 | 002A | Did not submit total volume of runoff |
| 9/20/16 | 001A | Did not submit duration of storm event sampled |
| 9/20/16 | 001A | Did not submit total volume of runoff |
| 9/20/16 | 002A | Did not submit duration of storm event sampled |
| 9/20/16 | 002A | Did not submit total volume of runoff |
| 10/3/16 | 001A | Did not submit duration of storm event sampled |
| 10/3/16 | 001A | Did not submit total depth of rainfall |
| 10/3/16 | 001A | Did not submit total volume of runoff |
| 10/3/16 | 002A | Did not submit duration of storm event sampled |
| 10/3/16 | 002A | Did not submit total depth of rainfall |
| 10/3/16 | 002A | Did not submit total volume of runoff |
| 10/6/2016 or 10/11/16** | 001A | Did not submit duration of storm event sampled |
| 10/6/2016 or 10/11/16** | 001A | Did not submit total depth of rainfall |
| 10/6/2016 or 10/11/16** | 001A | Did not submit total volume of runoff |
| 10/6/2016 or 10/11/16** | 002A | Did not submit duration of storm event sampled |
| 10/6/2016 or 10/11/16** | 002A | Did not submit total depth of rainfall |
| 10/6/2016 or 10/11/16** | 002A | Did not submit total volume of runoff |
| 11/16/16 | 001A | Did not submit duration of storm event sampled |
| 11/16/16 | 001A | Did not submit total depth of rainfall |
| 11/16/16 | 001A | Did not submit total volume of runoff |
| 11/16/16 | 002A | Did not submit duration of storm event sampled |
| 11/16/16 | 002A | Did not submit total depth of rainfall |
| 11/16/16 | 002A | Did not submit total volume of runoff |
| 11/2/16 or 11/25/16** | 001A | Did not submit duration of storm event sampled |
| 11/2/16 or 11/25/16** | 001A | Did not submit total depth of rainfall |
| 11/2/16 or 11/25/16** | 001A | Did not submit total volume of runoff |
| 11/2/16 or 11/25/16** | 002A | Did not submit duration of storm event sampled |
| 11/2/16 or 11/25/16** | 002A | Did not submit total depth of rainfall |
| 11/2/16 or 11/25/16** | 002A | Did not submit total volume of runoff |
| 12/1/16 | 001A | Did not submit duration of storm event sampled |
| 12/1/16 | 001A | Did not submit total depth of rainfall |

| Date | Outfall | Violation |
| --- | --- | --- |
| 12/1/16 | 001A | Did not submit total volume of runoff |
| 12/1/16 | 002A | Did not submit duration of storm event sampled |
| 12/1/16 | 002A | Did not submit total depth of rainfall |
| 12/1/16 | 002A | Did not submit total volume of runoff |
| 12/1/16 | 003A | Did not submit duration of storm event sampled |
| 12/1/16 | 003A | Did not submit total depth of rainfall |
| 12/1/16 | 003A | Did not submit total volume of runoff |
| 12/8/16 or 12/21/16** | 001A | Did not submit duration of storm event sampled |
| 12/8/16 or 12/21/16** | 001A | Did not submit total depth of rainfall |
| 12/8/16 or 12/21/16** | 001A | Did not submit total volume of runoff |
| 12/8/16 or 12/21/16** | 002A | Did not submit duration of storm event sampled |
| 12/8/16 or 12/21/16** | 002A | Did not submit total depth of rainfall |
| 12/8/16 or 12/21/16** | 002A | Did not submit total volume of runoff |
| 1/4/17 | 001A | Did not submit duration of storm event sampled |
| 1/4/17 | 001A | Did not submit total depth of rainfall |
| 1/4/17 | 001A | Did not submit total volume of runoff |
| 1/4/17 | 002A | Did not submit duration of storm event sampled |
| 1/4/17 | 002A | Did not submit total depth of rainfall |
| 1/4/17 | 002A | Did not submit total volume of runoff |
| 1/12/17 or 1/17/17** | 001A | Did not submit duration of storm event sampled |
| 1/12/17 or 1/17/17** | 001A | Did not submit total depth of rainfall |
| 1/12/17 or 1/17/17** | 001A | Did not submit total volume of runoff |
| 1/12/17 or 1/17/17** | 002A | Did not submit duration of storm event sampled |
| 1/12/17 or 1/17/17** | 002A | Did not submit total depth of rainfall |
| 1/12/17 or 1/17/17** | 002A | Did not submit total volume of runoff |
| 2/1/17 | 002A | Did not submit duration of storm event sampled |
| 2/1/17 | 002A | Did not submit total depth of rainfall |
| 2/1/17 | 002A | Did not submit total volume of runoff |
| 2/1/17 | 002A | Did not submit duration of storm event sampled |
| 2/1/17 | 002A | Did not submit total depth of rainfall |
| 2/1/17 | 002A | Did not submit total volume of runoff |
| 2/8/17 or 2/21/17** | 001A | Did not submit duration of storm event sampled |
| 2/8/17 or 2/21/17** | 001A | Did not submit total depth of rainfall |
| 2/8/17 or 2/21/17** | 001A | Did not submit total volume of runoff |
| 2/8/17 or 2/21/17** | 002A | Did not submit duration of storm event sampled |
| 2/8/17 or 2/21/17** | 002A | Did not submit total depth of rainfall |
| 2/8/17 or 2/21/17** | 002A | Did not submit total volume of runoff |
| 3/2/17 | 001A | Did not submit duration of storm event sampled |
| 3/2/17 | 001A | Did not submit total depth of rainfall |
| 3/2/17 | 001A | Did not submit total volume of runoff |
| 3/2/17 | 002A | Did not submit duration of storm event sampled |
| 3/2/17 | 002A | Did not submit total depth of rainfall |
| 3/2/17 | 002A | Did not submit total volume of runoff |
| 3/21/17 or 3/28/17** | 001A | Did not submit duration of storm event sampled |
| 3/21/17 or 3/28/17** | 001A | Did not submit total depth of rainfall |
| 3/21/17 or 3/28/17** | 001A | Did not submit total volume of runoff |
| 3/21/17 or 3/28/17** | 002A | Did not submit duration of storm event sampled |
| 3/21/17 or 3/28/17** | 002A | Did not submit total depth of rainfall |
| 3/21/17 or 3/28/17** | 002A | Did not submit total volume of runoff |
| **TOTAL VIOLATIONS** | | **450** |

| Date | Outfall | Violation |
|------|---------|-----------|

*We were unable to obtain the July 2015 DMR for the Providence Terminal. Information contained within this DMR may reveal additional violations.

** Using available information, CLF could not determine which of the two dates listed was that of the Second Wet Weather Sampling Event, but Shell did not submit the required information for either date, constituting a violation of the permit.