# EXHIBIT "H"

## Failure to Comply with Adverse Climatic Condition Waiver Requirements.

"If the permittee is unable to collect samples due to adverse climatic conditions which make the collections of samples dangerous or impractical, the permittee must submit, in lieu of sampling data, a description of why samples could not be collected, including available precipitation data for the monitoring period. The permittee can only exercise this waiver once in a two (2) year period for outfalls designated 001A, 002A, and 003A." Permit Part I.4.e, at 8.

| Monitoring Period | Outfall | Sample Event | Violation |
|---|---|---|---|
| 10/2013 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A |
| 10/2013 | 001A | 2nd Wet Event | Did not include available precipitation data |
| 10/2013 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 10/2013 | 002A | 2nd Wet Event | Did not include available precipitation data |
| 11/2013 | 002A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 11/2013 | 002A | Dry Event | Did not include available precipitation data |
| 11/2013 | 002A | 1st Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 11/2013 | 002A | 1st Wet Event | Did not include available precipitation data |
| 11/2013 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 11/2013 | 002A | 2nd Wet Event | Did not include available precipitation data |
| 02/2014 | 002A | 1st Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 02/2014 | 002A | 1st Wet Event | Did not include available precipitation data |
| 07/2014 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A |
| 07/2014 | 001A | 2nd Wet Event | Did not include available precipitation data |
| 07/2014 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 07/2014 | 002A | 2nd Wet Event | Did not include available precipitation data |
| 08/2014 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A |
| 08/2014 | 001A | 2nd Wet Event | Did not include available precipitation data |
| 08/2014 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |

| Monitoring Period | Outfall | Sample Event | Violation |
| --- | --- | --- | --- |
| 08/2014 | 002A | 2nd Wet Event | Did not include available precipitation data |
| 01/2015 | 001A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 001A |
| 01/2015 | 001A | Dry Event | Did not include available precipitation data |
| 01/2015 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A |
| 01/2015 | 001A | 2nd Wet Event | Did not include available precipitation data |
| 01/2015 | 002A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 01/2015 | 002A | Dry Event | Did not include available precipitation data |
| 01/2015 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 01/2015 | 002A | 2nd Wet Event | Did not include available precipitation data |
| 02/2015 | 002A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 02/2015 | 002A | Dry Event | Did not include available precipitation data |
| 02/2015 | 002A | 1st Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 02/2015 | 002A | 1st Wet Event | Did not include available precipitation data |
| 02/2015 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A |
| 02/2015 | 001A | 2nd Wet Event | Did not include available precipitation data |
| 02/2015 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 02/2015 | 002A | 2nd Wet Event | Did not include available precipitation data |
| 05/2015 | 002A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 05/2015 | 002A | Dry Event | Did not include available precipitation data |
| 05/2015 | 002A | 1st Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 05/2015 | 002A | 1st Wet Event | Did not include available precipitation data |
| 05/2015 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A |
| 05/2015 | 002A | 2nd Wet Event | Did not include available precipitation data |

| Monitoring Period | Outfall | Sample Event | Violation | |
|---|---|---|---|---|
| 08/2015 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A | |
| 08/2015 | 001A | 2nd Wet Event | Did not include available precipitation data | |
| 08/2015 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 08/2015 | 002A | 2nd Wet Event | Did not include available precipitation data | |
| 07/2016 | 002A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 07/2016 | 002A | Dry Event | Did not include available precipitation data | |
| 07/2016 | 002A | 1st Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 07/2016 | 002A | 1st Wet Event | Did not include available precipitation data | |
| 07/2016 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 07/2016 | 002A | 2nd Wet Event | Did not include available precipitation data | |
| 07/2016 | 001A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 001A | |
| 07/2016 | 001A | 2nd Wet Event | Did not include available precipitation data | |
| 08/2016 | 002A | Dry Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 08/2016 | 002A | Dry Event | Did not include available precipitation data | |
| 08/2016 | 002A | 1st Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 08/2016 | 002A | 1st Wet Event | Did not include available precipitation data | |
| 08/2016 | 002A | 2nd Wet Event | Exercised waiver more than once in 2 yr period for outfall 002A | |
| 08/2016 | 002A | 2nd Wet Event | Did not include available precipitation data | |
| **TOTAL VIOLATIONS** | | | | **60** |

*We were unable to obtain the July 2015 DMR for the Providence Terminal. Information contained within this DMR may reveal additional violations.