UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., Plaintiff, <br><br> v. <br><br> SHELL OIL PRODUCTS US, SHELL OIL COMPANY, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, MOTIVA ENTERPRISES LLC, TRITON TERMINALING LLC, and EQUILON ENTERPRISES LLC, <br>         *Defendants*. | C.A. No. 1:17-cv-00396-WES-LDA |

**PLAINTIFF CONSERVATION LAW FOUNDATION, INC.'S
<u>MOTION TO COMPEL INTERROGATORY RESPONSES</u>**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff Conservation Law Foundation, Inc. ("CLF") hereby moves the Court to compel answers to CLF Interrogatories 20, 23, 25, 26, and 27 to Defendants. CLF therefore asks this Court to overrule Defendants' objections and order Defendants to provide complete and unevasive answers to CLF's interrogatories.

Pursuant to LR Cv 7(a)(2), the grounds for this motion and supporting legal arguments are set forth in the attached Memorandum of Law.

**FED. R. CIV. P. 37(A)(1) CERTIFICATION**

CLF has in good faith conferred with Defendants regarding the discovery sought in this motion in an effort to obtain it without court action.

**HEARING REQUESTED**

CLF requests oral argument on this motion and estimates that it will take approximately 90 minutes.

Dated: November 2, 2023    Respectfully submitted,

CONSERVATION LAW FOUNDATION, Inc., by its attorneys

*/s/ Kenneth J. Rumelt*
Kenneth J. Rumelt, Esq.*
Christopher M. Kilian, Esq.*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 622-3020
(802) 223-5992 x4015
krumelt@clf.org
ckilian@clf.org

James Crowley, Esq.
RI Bar # 9405
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
(401) 228-1905
jcrowely@clf.org

Alexandra M. Jordan, Esq.*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
(617) 850-1732
ajordan@clf.org
aestpierre@clf.org

Allan Kanner, Esq.*
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
a.kanner@kanner-law.com

*Attorneys for Plaintiff*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, the foregoing Motion to Compel Interrogatory Responses was filed through the Court's electronic filing system ("ECF"), through which the document is available for viewing and downloading from the ECF system, and a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Kenneth J. Rumelt*
Kenneth J. Rumelt