# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Conservation Law Foundation, Inc.,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Equilon Enterprises LLC d/b/a Shell Oil Products US,<br>Shell Oil Company,<br>Shell Petroleum, Inc.,<br>Shell Trading (US) Company,<br>Motiva Enterprises LLC, and<br>Triton Terminaling LLC<br>　　　　　　　　　Defendants. | No. 1:17-cv-00396-WES-LDA<br><br>May 30, 2025 |

## [PROPOSED] AGREED AMENDED CASE MANAGEMENT ORDER

　　　　Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendants Shell USA, Inc. f/k/a Shell Oil Company, Shell Petroleum Inc., Shell Trading (US) Company, Motiva Enterprises LLC, Triton Terminaling LLC and Equilon Enterprises LLC d/b/a Shell Oil Products US ("Defendants") (collectively, "Parties") hereby submit this joint Proposed, Agreed Amended Case Management Order pursuant to the Court's May 16, 2025 Text Order Regarding Case Management Order.

　　　　The prior effective Case Management Order (ECF No. 168), which was entered by the Court on October 16, 2024, contained several deadlines which have now passed, and written fact discovery has been completed. Those deadlines include:

| Event | Deadline |
|---|---|
| Deadline for the Parties to complete good faith effort to resolve the disputes contained in ECF 115 (CLF's Motion to Compel Interrogatory Answers), ECF 118 (CLF's Motion to Compel Compliance with Subpoenas Duces Tecum), ECF 133 (Defendants' Motion for Protective Order), and ECF 139 (Sergio Jaramillo's Motion to Quash CLF's Deposition Subpoena), pursuant to Judge Almond's Text Order of April 23, 2024.<br><br>Deadline for Parties to complete good faith effort to resolve outstanding disputes about CLF's First Set of Requests to Produce. | Completed |
| Deadline for the Parties to contact the Court to schedule an informal conference about unresolved disputes contained in ECF 115, ECF 118, ECF 133, and ECF 139.<br><br>Deadline for the Parties to contact the Court to schedule an informal conference about outstanding disputes from CLF's First Set of Requests to Produce. | Completed |
| Deadline for the Parties to file motions pertaining to outstanding discovery disputes. | Completed |
| Deadline for the Parties to propound any requests for production, interrogatories, or requests for admission. | Completed |
| Deadline for the Parties to file motions to compel related to written discovery served after the date of this Order. | Completed |

The parties propose the following Amended Case Management Order.

Unless otherwise specified by the Court, the Parties response, reply, and compliance deadlines shall be governed by the Local Rules for the U.S. District Court for the District of Rhode Island, and the Federal Rules of Civil Procedure.[1]

| Event | Agreed Proposed Deadline |
|---|---|
| Defendants' motion for partial summary judgment and motion for | July 1, 2025 |

---

[1] Defendants anticipate filing additional motions which may impact the timing of the Parties' deadlines including but not limited to a Motion for Summary Judgment, and a Motion for Stay of Discovery.

| | |
|---|---|
| stay[2] | |
| Responses in opposition to motion for partial summary judgment and motion to stay | 14 days after the motions are filed |
| Replies in support of motion for partial summary judgment and motion to stay | 7 days after the responses are filed |
| Motions to compel or otherwise address remaining fact discovery issues | July 18, 2025 |
| Completion of document production | September 15, 2025 |
| Completion of fact witness depositions | September 30, 2025 |
| Deadline to challenge confidentiality or privilege designations | October 17, 2025 |
| Deadline for expert reports for burden of proof issues | November 10, 2025 |
| Deadline for trial expert designation and expert reports on non-burden of proof issues | December 15, 2025 |
| Disclosure of rebuttal experts | January 9, 2026 |
| Close of expert discovery | February 20, 2026 |
| Daubert motions | March 13, 2026[3] |

---

[2] This deadline is intended to apply only to Defendants' Motion for Partial Summary Judgment and related Motion to Stay based on the September 1, 2024 Rhode Island Department of Environmental Management's ("RIDEM") issuance of a new General Permit for Industrial Stormwater, which Defendants previewed for the Court during the hearings on May 12, 2025 and May 15, 2025. Defendants reserve the right to submit additional dispositive motions on all other issues by the date set forth in this Agreed Amended Case Management Order.

[3] The parties anticipate that due to scheduling issues regarding expert depositions, it is possible that some experts may ultimately need to be deposed after the February 20, 2026 deadline for completion of expert discovery. In the event that this occurs, the parties anticipate that they may need to meet and confer, and contact the Court, to extend the deadline to file certain *Daubert* motions related to such expert depositions.

3

| | |
|---|---|
| Responses in opposition to Daubert motions | April 10, 2026 |
| Replies in support of Daubert motions | April 24, 2026 |
| Dispositive motions | May 25, 2026 |
| Responses in opposition to dispositive motions | June 15, 2026 |
| Replies in support of dispositive motions | June 29, 2026 |

Dated: May 30, 2025                                                       Respectfully submitted,

/s/ Vincent L. Greene                                                     /s/ Douglas A. Henderson
Vincent L. Greene                                                         Douglas A. Henderson (admitted *pro hac vice*)
(*w/express permission*)                                                  Carmen R. Toledo (admitted *pro hac vice*)
MOTLEY RICE LLC                                                           Ryan T. Kearney (admitted *pro hac vice*)
40 Westminster Street, 5th Floor                                          KING & SPALDING LLP
Providence, RI 02903                                                      1180 Peachtree Street, NE, Suite 1600
T: (401) 457-7730                                                         Atlanta, GA 30309
vgreene@motleyrice.com                                                    T: (404) 572-4600
                                                                          dhenderson@kslaw.com
Christopher M. Kilian                                                     ctoledo@kslaw.com
(admitted *pro hac vice*)                                                 rkearney@kslaw.com
Kenneth Rumelt
(admitted *pro hac vice*)                                                 Robert D. Fine (RI Bar # 2447)
CONSERVATION LAW                                                          CHANCE RUTTENBERG & FREEDMAN, LP
FOUNDATION, INC.                                                          One Park Row, Suite 300
15 East State Street, Suite 4                                             Providence, RI 02903
Montpelier, VT 05602                                                      T: (401) 453-6400
T: (802) 622-3011                                                         F: (401) 453-6411
F: (802) 622-3020                                                         rfine@crfllp.com
ckilian@clf.org
krumelt@clf.org                                                           Antonio E. Lewis (admitted *pro hac vice*)
                                                                          KING & SPALDING LLP
                                                                          300 S Tryon Street, Suite 1700
                                                                          Charlotte, NC 28202
                                                                          T: (704) 503-2600
                                                                          alewis@kslaw.com

4

James Crowley (RI Bar # 9405)  
CONSERVATION LAW FOUNDATION, INC.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
T: (401) 228-1905  
F: (401) 351-1130  
jcrowely@clf.org  

**Attorneys for Plaintiff**

Drew T. Bell (admitted *pro hac vice*)  
KING & SPALDING LLP  
500 W. 2nd Street, Suite 1800  
Austin, TX 78701  
T: (512) 457-2000  
dbell@kslaw.com  

Rose J. Jones (admitted *pro hac vice*)  
HILGERS GRABEN PLLC  
1372 Peachtree Street, N.E. 19th Floor  
Atlanta, GA 30309  
T: (678) 229-1983  
rjones@hilgersgraben.com  

Anthony G. Papetti (admitted *pro hac vice*)  
BEVERIDGE & DIAMOND, P.C.  
825 Third Ave., 16th Floor  
New York, NY 10022  
T: (212) 702-5400  
F: (212) 702-5442  
apapetti@bdlaw.com  

John S. Guttmann (admitted *pro hac vice*)  
BEVERIDGE & DIAMOND, P.C.  
1900 N Street, NW, Suite 100  
Washington, DC 20036  
T: (202) 789-6020  
F: (202) 789-6190  
jguttmann@bdlaw.com  

Bina R. Reddy (admitted *pro hac vice*)  
BEVERIDGE & DIAMOND, P.C.  
400 West 15th Street Suite 1410  
Austin, TX 78701-1648  
T: (512) 391-8000  
F: (202) 789-6190  
breddy@bdlaw.com

                                                      Megan L. Marzec Morgan (admitted *pro hac vice*)
                                                      Roy D. Prather III (admitted *pro hac vice*)
                                                      BEVERIDGE & DIAMOND, P.C.
                                                      201 North Charles Street, Suite 2210
                                                      Baltimore, MD 21201-4150
                                                      T: (410) 230-1305
                                                      F: (410) 230-1389
                                                      mmorgan@bdlaw.com
                                                      rprather@bdlaw.com

                                                      ***Counsel for Defendants***