# EXHIBIT A

**to the Plaintiff Conservation Law Foundation's Motion to Compel Production of Documents**

**Superstorm Sandy One Year Anniversary**
**Ed Levine**
**19 November 2013**



 

After one year since Superstorm Sandy impacted the New York / New Jersey region, I was able to revisit the three sites of major oil spills. At each facility company representatives walked us through the site to discuss the measures that they have implemented to mitigate the spill impacts and improve facility precautions against future major storms. While Sandy was an intense Super Storm and much damage followed in its path, it was an opportunity to assess coastal vulnerabilities and design for the future.

**Kinder Morgan -**

Initial Report: KMI Carteret [74 degrees 13' W / 40 degrees 34.7' N] - 10,000 gallons of biodiesel released. An empty tank hit a full tank and moved it (hockey puck style) off its base. The oil leaked into the berm. The berm blew out during the hurricane and is emptying into Rum Creek which leads into the Arthur Kill. The source is secure now.



One Year Later: The response activities to this spill ended in March 2013 (about 6 months of cleanup operations). Site monitoring continues. The NRDA is completed and restoration activities are planned. Rum Creek was vegetated with Phragmites and some Spartina and did not appear to show any major impacts from the site visit. KMI has lined the berms with impervious plastic liners, raised dikes and replaced all electrical components in the flooded areas.



**Motiva –**

Initial report: Motiva [74 degrees 15.3' W / 40 degrees 32.5' N] - a 75,000 barrel tank with 8,000 BBLs of diesel inside had a 12' crack in the tank and released the product into the berm. The berm was flooded and the oil came over the berm into the Arthur Kill (north of Woodbridge Creek). Clean up contractors are on scene with skimmers and vac trucks.





One Year Later:
It was estimated that 6,600 barrels of low sulfur diesel oil was released. The response phase of the oil spill lasted until June 2013. The NRDA is completed and restoration activities are planned. Tank #15 has been resituated back onto its pad. Motiva is testing a new type of epoxy resin to attach the tank base to the pad and keep water from getting underneath it. They have placed the epoxy around the four tanks in that area. New electrical equipment has been installed as well as newly configured piping system. Dikes have been increased.



**Phillips 66 –**

Initial report: Phillips 66 (Bayway) [74 degrees 12' W / 40 degrees 36.5' N] - Linden, NJ. 50 BBLs of slop oil that was in a pond was spread all over the facility during the storm due to flooding. Also, Tank 3-10 had a line separate and spilled into the containment berm. It is being vacuumed up. Additionally, a small amount of propylene glycol was released.




One Year Later:
The active response lasted about eight weeks. Remediation went on until April 2013. The NRDA is completed and restoration activities are planned. The tank that was damaged by the storm surge from Sandy is being dismantled. The ground around the tank has been remediated. Some oil still remains under the base pad. This will be addressed after the tank is removed. The tank will not be replaced. The power substation that was flooded during Sandy has been rewired with all new electrical components and surrounded by hardened barriers. P-66 has purchased 3,000 feet of Tiger Dam boom [http://usfloodcontrol.com/] that can be deployed around the facility to protect from flooding. The main electrical powerhouse has a berm around it and preparations for deploying the Tiger Dam if needed. The berm has been raised and fortified around the oil/water separators. The roadway near the waterway has had the roadbed raised three feet. The cleanup and restoration of the nearby cemetery has been completed. Minor bands of discoloration can be seen on tree trunks four to six feet high.









Cemetery 11/18/13