# EXHIBIT B

**to the Plaintiff Conservation Law Foundation's Motion to Compel Production of Documents**
**[FILED UNDER SEAL]**