**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUILON ENTERPRISES LLC (d/b/a SHELL OIL PRODUCTS US), SHELL OIL COMPANY, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, MOTIVA ENTERPRISES LLC, and TRITON TERMINALING LLC, <br><br> Defendants. | **Case No. 1:17-cv-00396** |

**MOTION TO QUASH THIRD-PARTY SUBPOENA**

Pursuant to Federal Rule of Civil Procedure 45(d)(3)(A), American Petroleum Institute, Inc. ("API") moves to quash a third-party subpoena served upon it in connection with this matter. As explained more fully in the attached Memorandum of Law, the subpoena is facially invalid; it imposes a massively undue burden on API—a fact that the issuing party itself has effectively admitted; and the core documents the issuing party seeks are documents it has already been authorized to obtain from the defendants in the underlying litigation.

API understands that the Court generally requires parties to seek informal resolution of discovery disputes prior to filing discovery motions. As a non-party to the litigation, API files the present motion out of an abundance of caution. Should the Court deem it fitting, API would welcome a stay of the briefing on this motion in order to allow this matter to first be subjected to the Court's informal discovery-dispute resolution process, if the Court believes that such a process

4936-8502-7174, v. 1

might be fruitful. Absent that process, API respectfully asks this Court to quash the subpoena at issue here.

### Local Rule Cv 7 Statement

Should this matter proceed to hearing, API believes that oral argument would assist the Court in addressing this matter. API believes that 20 minutes would be required.

Respectfully submitted,

*Attorneys for American Petroleum Institute, Inc.*


/s/ Aaron L. Weisman
Aaron L. Weisman (#4438)
PANNONE LOPES DEVEREAUX & O'GARA LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215N
Johnston, RI  02919
(401) 824-5100
(401) 824-5123 fax
aweisman@pldolaw.com

/s/ Christopher C. Muha
Christopher C. Muha (DC Bar #987116)
(*pro hac vice forthcoming*)
DILLON PLLC
1717 K Street, Suite 900
Washington, DC 20005
T: (202) 787-5851
cmuha@dillonpllc.com

DATED: September 8, 2025


### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, the foregoing was filed through the Court's electronic filing system ("ECF"), by which means the document is available for viewing and downloading from the ECF system and a copy of the filing will be sent electronically to all parties registered with the ECF system.


/s/ Aaron L. Weisman

4936-8502-7174, v. 1