# EXHIBIT A

| | |
|---|---|
| **From:** | Nicole Bass |
| **To:** | Ext. Guest - Chance Raymond |
| **Cc:** | Shannon Ziliak; BReddy@bdlaw.com; RPrather@bdlaw.com; dhenderson@kslaw.com; Antonio Lewis; Ryan Kearney; marisa@desautelbrowning.com; Rose Jones; Christopher Kilian; Stephanie Yu; Meenakshi Jani; Anna Tadio; Mazingo, Ridge; Pendell, Michael J.; Greene, Vincent; Ana McMonigle; James Meinert; Ken Rumelt; Jenna Settino; Kris Tardiff |
| **Subject:** | RE: Shell RI Dedesignation Request |
| **Date:** | Friday, October 17, 2025 2:30:02 PM |

CAUTION: Email from outside CLF.

Chance,

Defendants will not agree to an extension to extend CLF's deadline to challenge confidentiality designations on documents produced before September 2025.

---

**From:** Chance Raymond <chancethelawyer@gmail.com>
**Sent:** Friday, October 17, 2025 2:02 PM
**To:** Nicole Bass <NBass@hilgersgraben.com>
**Cc:** Shannon Ziliak <SZiliak@hilgersgraben.com>; BReddy@bdlaw.com; RPrather@bdlaw.com; dhenderson@kslaw.com; Antonio Lewis <alewis@kslaw.com>; Ryan Kearney <RKearney@kslaw.com>; marisa@desautelbrowning.com; Rose Jones <RJones@hilgersgraben.com>; Christopher Kilian <ckilian@clf.org>; Stephanie Yu <syu@clf.org>; Meenakshi Jani <mjani@clf.org>; Anna Tadio <atadio@clf.org>; Mazingo, Ridge <rmazingo@motleyrice.com>; Pendell, Michael J. <mpendell@motleyrice.com>; Greene, Vincent <vgreene@motleyrice.com>; Ana McMonigle <amcmonigle@clf.org>; James Meinert <jmeinert@clf.org>; Ken Rumelt <krumelt@clf.org>; Jenna Settino <jsettino@clf.org>; Kris Tardiff <ktardiff@clf.org>
**Subject:** Re: Shell RI Dedesignation Request

**\*\*External Email - Do not open suspicious attachments or links from known or unknown senders.\*\***

Counsel:

As Defendants are aware, CLF is required under the scheduling order to file any challenge to Defendants' designations for documents produced before September 2025 by today, October 17, 2025.  Defendants just weeks ago rejected CLF's request for an extension of this deadline.  Given that Defendants' position appears to be that they will not respond to CLF's dedesignation request within 5 business days as required by the protective order, are Defendants now amenable to a joint filing that extends Defendants' deadline to respond to CLF's 10/10/25 dedesignation request to **Monday, October 20, 2025** and that extends CLF's deadline to file any challenge to Defendants' confidential designations for documents produced before September 2025 to **Friday, October 24, 2025**?

Please indicate by **4:00 pm eastern time today, Friday, October 17, 2025** whether

Defendants agree to this joint extension and CLF will put a draft filing together and send it to you for review.

On Fri, Oct 17, 2025 at 10:31 AM Nicole Bass <NBass@hilgersgraben.com> wrote:

> Chance,
>
> We are actively reviewing the documents.
>
> As part of that process, we have identified 13 DEPs, where CLF previously requested de-designation in the Connecticut matter and subsequently withdrew that request after discussion between the parties. We request that CLF withdraw the de-designation request for these documents, and any other like documents, for the same reasons. The bates numbers for the 13 previously challenged and withdrawn in Connecticut are provided below.
>
> We also note that on preliminary review, many of the documents appear to fall into the same confidentiality categories still pending before the Court in Connecticut. We will complete our review, and categorization, and reach out with proposed times for a meet and confer early next week.
>
> Thanks,
> Nikki
>
> **De-Designation Request Previously Withdrawn by CLF in Connecticut**
> SOPUS_PVD00067168
> SOPUS_PVD00071557
> SOPUS_PVD00071673
> SOPUS_PVD00413696
> SOPUS_PVD00413705
> SOPUS_PVD00413720
> SOPUS_PVD00413747
> SOPUS_PVD00413784
> SOPUS_PVD00413791
> SOPUS_PVD00413803
> SOPUS_PVD00413824
> SOPUS_PVD00413931
> SOPUS_PVD00413947
>
> ---
>
> **From:** Chance Raymond <chancethelawyer@gmail.com>
> **Sent:** Friday, October 17, 2025 9:07 AM
> **To:** Shannon Ziliak <SZiliak@hilgersgraben.com>; BReddy@bdlaw.com; RPrather@bdlaw.com; dhenderson@kslaw.com; Antonio Lewis <alewis@kslaw.com>; Ryan Kearney <RKearney@kslaw.com>; marisa@desautelbrowning.com; Nicole Bass <NBass@hilgersgraben.com>; Rose Jones <RJones@hilgersgraben.com>
> **Cc:** Christopher Kilian <ckilian@clf.org>; Stephanie Yu <syu@clf.org>; Meenakshi Jani

&lt;mjani@clf.org&gt;; Anna Tadio &lt;atadio@clf.org&gt;; Mazingo, Ridge &lt;rmazingo@motleyrice.com&gt;; Pendell, Michael J. &lt;mpendell@motleyrice.com&gt;; Greene, Vincent &lt;vgreene@motleyrice.com&gt;; Ana McMonigle &lt;amcmonigle@clf.org&gt;; James Meinert &lt;jmeinert@clf.org&gt;; Ken Rumelt &lt;krumelt@clf.org&gt;; Jenna Settino &lt;jsettino@clf.org&gt;; Kris Tardiff &lt;ktardiff@clf.org&gt;
**Subject:** Re: Shell RI Dedesignation Request

**\*\*External Email - Do not open suspicious attachments or links from known or unknown senders.\*\***

Counsel:

As a reminder, please provide your response to CLF's 10/10/25 dedesignation request today by 5:00 pm eastern time. To the extent Defendants continue to assert confidentiality for any of the documents contained in the 10/10/25 dedesignation spreadsheet, please indicate your availability to meet and confer on this issue today.

On Fri, Oct 10, 2025 at 1:36 PM Chance Raymond &lt;chancethelawyer@gmail.com&gt; wrote:

> Counsel:
>
> Pursuant to the protective order at ECF 66-1, CLF is challenging the confidential designations of the set of 500 documents contained within the attached spreadsheet. CLF believes these designations are facially improper based on the fact that Defendants have designated over 98% of the documents produced in this litigation as confidential. Please provide your response by **5:00 pm eastern time on Friday, October 17, 2025.**
>
> Thank you for your attention to this matter