# EXHIBIT B

The spreadsheet will be emailed separately to the Court and opposing counsel.