# EXHIBIT C

| Beginning Bates | End Bates |
| --- | --- |
| SOPUS_PVD00021843 | SOPUS_PVD00021849 |
| SOPUS_PVD00021850 | SOPUS_PVD00021850 |
| SOPUS_PVD00037966 | SOPUS_PVD00038004 |
| SOPUS_PVD00040377 | SOPUS_PVD00040379 |
| SOPUS_PVD00040380 | SOPUS_PVD00040398 |
| SOPUS_PVD00040467 | SOPUS_PVD00040467 |
| SOPUS_PVD00040468 | SOPUS_PVD00040520 |
| SOPUS_PVD00050642 | SOPUS_PVD00050668 |
| SOPUS_PVD00050670 | SOPUS_PVD00050690 |
| SOPUS_PVD00163815 | SOPUS_PVD00163816 |
| SOPUS_PVD00189178 | SOPUS_PVD00189183 |
| SOPUS_PVD00231986 | SOPUS_PVD00232005 |
| SOPUS_PVD00071673 | SOPUS_PVD00071707 |
| SOPUS_PVD00412600 | SOPUS_PVD00412640 |
| SOPUS_PVD00413178 | SOPUS_PVD00413217 |
| SOPUS_PVD00413931 | SOPUS_PVD00413946 |
| SOPUS_PVD00067168 | SOPUS_PVD00067427 |
| SOPUS_PVD00071557 | SOPUS_PVD00071594 |
| SOPUS_PVD00412641 | SOPUS_PVD00412740 |
| SOPUS_PVD00412741 | SOPUS_PVD00412785 |
| SOPUS_PVD00412786 | SOPUS_PVD00412893 |
| SOPUS_PVD00413218 | SOPUS_PVD00413283 |
| SOPUS_PVD00413284 | SOPUS_PVD00413353 |
| SOPUS_PVD00413696 | SOPUS_PVD00413704 |
| SOPUS_PVD00413705 | SOPUS_PVD00413719 |
| SOPUS_PVD00413720 | SOPUS_PVD00413746 |
| SOPUS_PVD00413747 | SOPUS_PVD00413783 |
| SOPUS_PVD00413784 | SOPUS_PVD00413790 |
| SOPUS_PVD00413791 | SOPUS_PVD00413802 |
| SOPUS_PVD00413803 | SOPUS_PVD00413823 |
| SOPUS_PVD00413824 | SOPUS_PVD00413844 |
| SOPUS_PVD00413845 | SOPUS_PVD00413911 |
| SOPUS_PVD00413912 | SOPUS_PVD00413930 |
| SOPUS_PVD00413931 | SOPUS_PVD00413946 |
| SOPUS_PVD00413947 | SOPUS_PVD00413971 |
| SOPUS_PVD00574269 | SOPUS_PVD00574330 |
| SOPUS_PVD00574331 | SOPUS_PVD00574401 |
| SOPUS_PVD00574496 | SOPUS_PVD00574564 |
| SOPUS_PVD00574565 | SOPUS_PVD00574631 |
| SOPUS_PVD00574632 | SOPUS_PVD00574669 |
| SOPUS_PVD00411573 | SOPUS_PVD00411620 |
| SOPUS_PVD00414049 | SOPUS_PVD00414094 |
| SOPUS_PVD00414095 | SOPUS_PVD00414130 |

| | |
|---|---|
| SOPUS_PVD00414131 | SOPUS_PVD00414180 |
| SOPUS_PVD00414184 | SOPUS_PVD00414359 |
| SOPUS_PVD00414360 | SOPUS_PVD00414372 |
| SOPUS_PVD00414373 | SOPUS_PVD00414410 |
| SOPUS_PVD00414429 | SOPUS_PVD00414445 |
| SOPUS_PVD00414447 | SOPUS_PVD00414457 |
| SOPUS_PVD00414458 | SOPUS_PVD00414520 |
| SOPUS_PVD00414535 | SOPUS_PVD00414582 |
| SOPUS_PVD00414583 | SOPUS_PVD00414656 |
| SOPUS_PVD00414657 | SOPUS_PVD00414714 |
| SOPUS_PVD00450974 | |
| SOPUS_PVD00000263 | SOPUS_PVD00000263 |
| SOPUS_PVD00007549 | SOPUS_PVD00007550 |
| SOPUS_PVD00007974 | SOPUS_PVD00007974 |
| SOPUS_PVD00015317 | SOPUS_PVD00015359 |
| SOPUS_PVD00016027 | SOPUS_PVD00016027 |
| SOPUS_PVD00017582 | SOPUS_PVD00017604 |
| SOPUS_PVD00017641 | SOPUS_PVD00017670 |
| SOPUS_PVD00018515 | SOPUS_PVD00018526 |
| SOPUS_PVD00019116 | SOPUS_PVD00019139 |
| SOPUS_PVD00019165 | SOPUS_PVD00019189 |
| SOPUS_PVD00019194 | SOPUS_PVD00019321 |
| SOPUS_PVD00019350 | SOPUS_PVD00019501 |
| SOPUS_PVD00019504 | SOPUS_PVD00019504 |
| SOPUS_PVD00019632 | SOPUS_PVD00019634 |
| SOPUS_PVD00020027 | SOPUS_PVD00020046 |
| SOPUS_PVD00020047 | SOPUS_PVD00020047 |
| SOPUS_PVD00020049 | SOPUS_PVD00020049 |
| SOPUS_PVD00020126 | SOPUS_PVD00020126 |
| SOPUS_PVD00021629 | SOPUS_PVD00021629 |
| SOPUS_PVD00021733 | SOPUS_PVD00021736 |
| SOPUS_PVD00024761 | SOPUS_PVD00024818 |
| SOPUS_PVD00025731 | SOPUS_PVD00025735 |
| SOPUS_PVD00025741 | SOPUS_PVD00025741 |
| SOPUS_PVD00026114 | SOPUS_PVD00026135 |
| SOPUS_PVD00026513 | SOPUS_PVD00026562 |
| SOPUS_PVD00026645 | SOPUS_PVD00026645 |
| SOPUS_PVD00026647 | SOPUS_PVD00026647 |
| SOPUS_PVD00027108 | SOPUS_PVD00027108 |
| SOPUS_PVD00027711 | SOPUS_PVD00027719 |
| SOPUS_PVD00028012 | SOPUS_PVD00028015 |
| SOPUS_PVD00028351 | SOPUS_PVD00028351 |
| SOPUS_PVD00028356 | SOPUS_PVD00028367 |
| SOPUS_PVD00028553 | SOPUS_PVD00028554 |

| | |
|---|---|
| SOPUS_PVD00028681 | SOPUS_PVD00028681 |
| SOPUS_PVD00028712 | SOPUS_PVD00028733 |
| SOPUS_PVD00028734 | SOPUS_PVD00028752 |
| SOPUS_PVD00028768 | SOPUS_PVD00028775 |
| SOPUS_PVD00028926 | SOPUS_PVD00028926 |
| SOPUS_PVD00029107 | SOPUS_PVD00029108 |
| SOPUS_PVD00029329 | SOPUS_PVD00029369 |
| SOPUS_PVD00029729 | SOPUS_PVD00029729 |
| SOPUS_PVD00029732 | SOPUS_PVD00029732 |
| SOPUS_PVD00029877 | SOPUS_PVD00029884 |
| SOPUS_PVD00031246 | SOPUS_PVD00031246 |
| SOPUS_PVD00031247 | SOPUS_PVD00031251 |
| SOPUS_PVD00034268 | SOPUS_PVD00034269 |
| SOPUS_PVD00035067 | SOPUS_PVD00035067 |
| SOPUS_PVD00035079 | SOPUS_PVD00035079 |
| SOPUS_PVD00035875 | SOPUS_PVD00035875 |
| SOPUS_PVD00035967 | SOPUS_PVD00035976 |
| SOPUS_PVD00036237 | SOPUS_PVD00036256 |
| SOPUS_PVD00037201 | SOPUS_PVD00037204 |
| SOPUS_PVD00037781 | SOPUS_PVD00037782 |
| SOPUS_PVD00037783 | SOPUS_PVD00037792 |
| SOPUS_PVD00037880 | SOPUS_PVD00037880 |
| SOPUS_PVD00037946 | SOPUS_PVD00037948 |
| SOPUS_PVD00037965 | SOPUS_PVD00037965 |
| SOPUS_PVD00038152 | SOPUS_PVD00038174 |
| SOPUS_PVD00038664 | SOPUS_PVD00038664 |
| SOPUS_PVD00040408 | SOPUS_PVD00040415 |
| SOPUS_PVD00040417 | SOPUS_PVD00040463 |
| SOPUS_PVD00041046 | SOPUS_PVD00041060 |
| SOPUS_PVD00041111 | SOPUS_PVD00041111 |
| SOPUS_PVD00042956 | SOPUS_PVD00042956 |
| SOPUS_PVD00043342 | SOPUS_PVD00043342 |
| SOPUS_PVD00043662 | SOPUS_PVD00043662 |
| SOPUS_PVD00043878 | SOPUS_PVD00043883 |
| SOPUS_PVD00044563 | SOPUS_PVD00044586 |
| SOPUS_PVD00044607 | SOPUS_PVD00044607 |
| SOPUS_PVD00045106 | SOPUS_PVD00045106 |
| SOPUS_PVD00045122 | SOPUS_PVD00045123 |
| SOPUS_PVD00045187 | SOPUS_PVD00045187 |
| SOPUS_PVD00045283 | SOPUS_PVD00045284 |
| SOPUS_PVD00045292 | SOPUS_PVD00045292 |
| SOPUS_PVD00045461 | SOPUS_PVD00045461 |
| SOPUS_PVD00045540 | SOPUS_PVD00045563 |
| SOPUS_PVD00046759 | SOPUS_PVD00046791 |

| | |
|---|---|
| SOPUS_PVD00047014 | SOPUS_PVD00047017 |
| SOPUS_PVD00047018 | SOPUS_PVD00047018 |
| SOPUS_PVD00047145 | SOPUS_PVD00047182 |
| SOPUS_PVD00047455 | SOPUS_PVD00047502 |
| SOPUS_PVD00047759 | SOPUS_PVD00047760 |
| SOPUS_PVD00047761 | SOPUS_PVD00047761 |
| SOPUS_PVD00047810 | SOPUS_PVD00047810 |
| SOPUS_PVD00047866 | SOPUS_PVD00047867 |
| SOPUS_PVD00047883 | SOPUS_PVD00047889 |
| SOPUS_PVD00047959 | SOPUS_PVD00047959 |
| SOPUS_PVD00047970 | SOPUS_PVD00047970 |
| SOPUS_PVD00048014 | SOPUS_PVD00048019 |
| SOPUS_PVD00048020 | SOPUS_PVD00048025 |
| SOPUS_PVD00049174 | SOPUS_PVD00049174 |
| SOPUS_PVD00049528 | SOPUS_PVD00049529 |
| SOPUS_PVD00049622 | SOPUS_PVD00049623 |
| SOPUS_PVD00049631 | SOPUS_PVD00049631 |
| SOPUS_PVD00050158 | SOPUS_PVD00050158 |
| SOPUS_PVD00050741 | SOPUS_PVD00050741 |
| SOPUS_PVD00050742 | SOPUS_PVD00050742 |
| SOPUS_PVD00050935 | SOPUS_PVD00050935 |
| SOPUS_PVD00051009 | SOPUS_PVD00051009 |
| SOPUS_PVD00053141 | SOPUS_PVD00053141 |
| SOPUS_PVD00053287 | SOPUS_PVD00053287 |
| SOPUS_PVD00053766 | SOPUS_PVD00053796 |
| SOPUS_PVD00053830 | SOPUS_PVD00053830 |
| SOPUS_PVD00053831 | SOPUS_PVD00053831 |
| SOPUS_PVD00053832 | SOPUS_PVD00053842 |
| SOPUS_PVD00053847 | SOPUS_PVD00053851 |
| SOPUS_PVD00053852 | SOPUS_PVD00053855 |
| SOPUS_PVD00053873 | SOPUS_PVD00053875 |
| SOPUS_PVD00054495 | SOPUS_PVD00054528 |
| SOPUS_PVD00054610 | SOPUS_PVD00054611 |
| SOPUS_PVD00055311 | SOPUS_PVD00055311 |
| SOPUS_PVD00055500 | SOPUS_PVD00055502 |
| SOPUS_PVD00055831 | SOPUS_PVD00055832 |
| SOPUS_PVD00055922 | SOPUS_PVD00055923 |
| SOPUS_PVD00056170 | SOPUS_PVD00056170 |
| SOPUS_PVD00056175 | SOPUS_PVD00056188 |
| SOPUS_PVD00056193 | SOPUS_PVD00056193 |
| SOPUS_PVD00056209 | SOPUS_PVD00056209 |
| SOPUS_PVD00056245 | SOPUS_PVD00056245 |
| SOPUS_PVD00056347 | SOPUS_PVD00056372 |
| SOPUS_PVD00056623 | SOPUS_PVD00056688 |

| | |
|---|---|
| SOPUS_PVD00057594 | SOPUS_PVD00057595 |
| SOPUS_PVD00057682 | SOPUS_PVD00057682 |
| SOPUS_PVD00057685 | SOPUS_PVD00057685 |
| SOPUS_PVD00057765 | SOPUS_PVD00057765 |
| SOPUS_PVD00057901 | SOPUS_PVD00057901 |
| SOPUS_PVD00060241 | SOPUS_PVD00060248 |
| SOPUS_PVD00060638 | SOPUS_PVD00060644 |
| SOPUS_PVD00061101 | SOPUS_PVD00061140 |
| SOPUS_PVD00061264 | SOPUS_PVD00061264 |
| SOPUS_PVD00061468 | SOPUS_PVD00061468 |
| SOPUS_PVD00062189 | SOPUS_PVD00062191 |
| SOPUS_PVD00062293 | SOPUS_PVD00062294 |
| SOPUS_PVD00062295 | SOPUS_PVD00062295 |
| SOPUS_PVD00062629 | SOPUS_PVD00062629 |
| SOPUS_PVD00062653 | SOPUS_PVD00062654 |
| SOPUS_PVD00062673 | SOPUS_PVD00062693 |
| SOPUS_PVD00062697 | SOPUS_PVD00062698 |
| SOPUS_PVD00062815 | SOPUS_PVD00062825 |
| SOPUS_PVD00063284 | SOPUS_PVD00063286 |
| SOPUS_PVD00063507 | SOPUS_PVD00063507 |
| SOPUS_PVD00063508 | SOPUS_PVD00063585 |
| SOPUS_PVD00064244 | SOPUS_PVD00064276 |
| SOPUS_PVD00064859 | SOPUS_PVD00064859 |
| SOPUS_PVD00064860 | SOPUS_PVD00064860 |
| SOPUS_PVD00065330 | SOPUS_PVD00065330 |
| SOPUS_PVD00065609 | SOPUS_PVD00065609 |
| SOPUS_PVD00065610 | SOPUS_PVD00065610 |
| SOPUS_PVD00065716 | SOPUS_PVD00065718 |
| SOPUS_PVD00065719 | SOPUS_PVD00065719 |
| SOPUS_PVD00066018 | SOPUS_PVD00066018 |
| SOPUS_PVD00066240 | SOPUS_PVD00066240 |
| SOPUS_PVD00066242 | SOPUS_PVD00066242 |
| SOPUS_PVD00066244 | SOPUS_PVD00066244 |
| SOPUS_PVD00066255 | SOPUS_PVD00066255 |
| SOPUS_PVD00066368 | SOPUS_PVD00066368 |
| SOPUS_PVD00066542 | SOPUS_PVD00066542 |
| SOPUS_PVD00066604 | SOPUS_PVD00066606 |
| SOPUS_PVD00066712 | SOPUS_PVD00066716 |
| SOPUS_PVD00067767 | SOPUS_PVD00067767 |
| SOPUS_PVD00067851 | SOPUS_PVD00068005 |
| SOPUS_PVD00068052 | SOPUS_PVD00068061 |
| SOPUS_PVD00068295 | SOPUS_PVD00068317 |
| SOPUS_PVD00068471 | SOPUS_PVD00068482 |
| SOPUS_PVD00068537 | SOPUS_PVD00068542 |

| | |
|---|---|
| SOPUS_PVD00068652 | SOPUS_PVD00068652 |
| SOPUS_PVD00068653 | SOPUS_PVD00068653 |
| SOPUS_PVD00068998 | SOPUS_PVD00069028 |
| SOPUS_PVD00069029 | SOPUS_PVD00069048 |
| SOPUS_PVD00069302 | SOPUS_PVD00069302 |
| SOPUS_PVD00070173 | SOPUS_PVD00070183 |
| SOPUS_PVD00070270 | SOPUS_PVD00070270 |
| SOPUS_PVD00073997 | SOPUS_PVD00073997 |
| SOPUS_PVD00077305 | SOPUS_PVD00077393 |
| SOPUS_PVD00077683 | SOPUS_PVD00077683 |
| SOPUS_PVD00077897 | SOPUS_PVD00077897 |
| SOPUS_PVD00079031 | SOPUS_PVD00079040 |
| SOPUS_PVD00079041 | SOPUS_PVD00079050 |
| SOPUS_PVD00079060 | SOPUS_PVD00079071 |
| SOPUS_PVD00079079 | SOPUS_PVD00079079 |
| SOPUS_PVD00079162 | SOPUS_PVD00079168 |
| SOPUS_PVD00080545 | SOPUS_PVD00080547 |
| SOPUS_PVD00080680 | SOPUS_PVD00080680 |
| SOPUS_PVD00080755 | SOPUS_PVD00080769 |
| SOPUS_PVD00081140 | SOPUS_PVD00081143 |
| SOPUS_PVD00081241 | SOPUS_PVD00081247 |
| SOPUS_PVD00082711 | SOPUS_PVD00082711 |
| SOPUS_PVD00082812 | SOPUS_PVD00082841 |
| SOPUS_PVD00086455 | SOPUS_PVD00086455 |
| SOPUS_PVD00086657 | SOPUS_PVD00086658 |
| SOPUS_PVD00090520 | SOPUS_PVD00090522 |
| SOPUS_PVD00098411 | SOPUS_PVD00098412 |
| SOPUS_PVD00100095 | SOPUS_PVD00100160 |
| SOPUS_PVD00100204 | SOPUS_PVD00100204 |
| SOPUS_PVD00100463 | SOPUS_PVD00100465 |
| SOPUS_PVD00101609 | SOPUS_PVD00101609 |
| SOPUS_PVD00102579 | SOPUS_PVD00102580 |
| SOPUS_PVD00105133 | SOPUS_PVD00105133 |
| SOPUS_PVD00105321 | SOPUS_PVD00105321 |
| SOPUS_PVD00105322 | SOPUS_PVD00105322 |
| SOPUS_PVD00106360 | SOPUS_PVD00106360 |
| SOPUS_PVD00106607 | SOPUS_PVD00106613 |
| SOPUS_PVD00107504 | SOPUS_PVD00107504 |
| SOPUS_PVD00107633 | SOPUS_PVD00107634 |
| SOPUS_PVD00108759 | SOPUS_PVD00108760 |
| SOPUS_PVD00110984 | SOPUS_PVD00110986 |
| SOPUS_PVD00111552 | SOPUS_PVD00111552 |
| SOPUS_PVD00111654 | SOPUS_PVD00111654 |
| SOPUS_PVD00111655 | SOPUS_PVD00111655 |

| | |
|---|---|
| SOPUS_PVD00113399 | SOPUS_PVD00113399 |
| SOPUS_PVD00113563 | SOPUS_PVD00113566 |
| SOPUS_PVD00113624 | SOPUS_PVD00113624 |
| SOPUS_PVD00113946 | SOPUS_PVD00113948 |
| SOPUS_PVD00113955 | SOPUS_PVD00113957 |
| SOPUS_PVD00114378 | SOPUS_PVD00114378 |
| SOPUS_PVD00115942 | SOPUS_PVD00115959 |
| SOPUS_PVD00124113 | SOPUS_PVD00124118 |
| SOPUS_PVD00131711 | SOPUS_PVD00131711 |
| SOPUS_PVD00131716 | SOPUS_PVD00131721 |
| SOPUS_PVD00131756 | SOPUS_PVD00131756 |
| SOPUS_PVD00131964 | SOPUS_PVD00131975 |
| SOPUS_PVD00132074 | SOPUS_PVD00132084 |
| SOPUS_PVD00132186 | SOPUS_PVD00132186 |
| SOPUS_PVD00132276 | SOPUS_PVD00132277 |
| SOPUS_PVD00132324 | SOPUS_PVD00132328 |
| SOPUS_PVD00144760 | SOPUS_PVD00144765 |
| SOPUS_PVD00145182 | SOPUS_PVD00145192 |
| SOPUS_PVD00146911 | SOPUS_PVD00146911 |
| SOPUS_PVD00147207 | SOPUS_PVD00147237 |
| SOPUS_PVD00147366 | SOPUS_PVD00147367 |
| SOPUS_PVD00148393 | SOPUS_PVD00148393 |
| SOPUS_PVD00149603 | SOPUS_PVD00149611 |
| SOPUS_PVD00151728 | SOPUS_PVD00151738 |
| SOPUS_PVD00152163 | SOPUS_PVD00152163 |
| SOPUS_PVD00153153 | SOPUS_PVD00153153 |
| SOPUS_PVD00153169 | SOPUS_PVD00153169 |
| SOPUS_PVD00153898 | SOPUS_PVD00153900 |
| SOPUS_PVD00154666 | SOPUS_PVD00154668 |
| SOPUS_PVD00155053 | SOPUS_PVD00155053 |
| SOPUS_PVD00162354 | SOPUS_PVD00162398 |
| SOPUS_PVD00163419 | SOPUS_PVD00163419 |
| SOPUS_PVD00163425 | SOPUS_PVD00163425 |
| SOPUS_PVD00164335 | SOPUS_PVD00164335 |
| SOPUS_PVD00180480 | SOPUS_PVD00180482 |
| SOPUS_PVD00180884 | SOPUS_PVD00180916 |
| SOPUS_PVD00183682 | SOPUS_PVD00183699 |
| SOPUS_PVD00183739 | SOPUS_PVD00183741 |
| SOPUS_PVD00183776 | SOPUS_PVD00183776 |
| SOPUS_PVD00183777 | SOPUS_PVD00183777 |
| SOPUS_PVD00183778 | SOPUS_PVD00183778 |
| SOPUS_PVD00183780 | SOPUS_PVD00183780 |
| SOPUS_PVD00183781 | SOPUS_PVD00183781 |
| SOPUS_PVD00185792 | SOPUS_PVD00185833 |

| | |
|---|---|
| SOPUS_PVD00185864 | SOPUS_PVD00185907 |
| SOPUS_PVD00187010 | SOPUS_PVD00187014 |
| SOPUS_PVD00187931 | SOPUS_PVD00187931 |
| SOPUS_PVD00187937 | SOPUS_PVD00187937 |
| SOPUS_PVD00187945 | SOPUS_PVD00187956 |
| SOPUS_PVD00187992 | SOPUS_PVD00188007 |
| SOPUS_PVD00188625 | SOPUS_PVD00188625 |
| SOPUS_PVD00194183 | SOPUS_PVD00194183 |
| SOPUS_PVD00194792 | SOPUS_PVD00194792 |
| SOPUS_PVD00194823 | SOPUS_PVD00194823 |
| SOPUS_PVD00195567 | SOPUS_PVD00195567 |
| SOPUS_PVD00195591 | SOPUS_PVD00195645 |
| SOPUS_PVD00196734 | SOPUS_PVD00196737 |
| SOPUS_PVD00196888 | SOPUS_PVD00196888 |
| SOPUS_PVD00202871 | SOPUS_PVD00202885 |
| SOPUS_PVD00207875 | SOPUS_PVD00207875 |
| SOPUS_PVD00208698 | SOPUS_PVD00208700 |
| SOPUS_PVD00209671 | SOPUS_PVD00209673 |
| SOPUS_PVD00209674 | SOPUS_PVD00209676 |
| SOPUS_PVD00209922 | SOPUS_PVD00209925 |
| SOPUS_PVD00210199 | SOPUS_PVD00210201 |
| SOPUS_PVD00212740 | SOPUS_PVD00212740 |
| SOPUS_PVD00213175 | SOPUS_PVD00213177 |
| SOPUS_PVD00213846 | SOPUS_PVD00213846 |
| SOPUS_PVD00215085 | SOPUS_PVD00215088 |
| SOPUS_PVD00217857 | SOPUS_PVD00217858 |
| SOPUS_PVD00218517 | SOPUS_PVD00218520 |
| SOPUS_PVD00218845 | SOPUS_PVD00218847 |
| SOPUS_PVD00219366 | SOPUS_PVD00219379 |
| SOPUS_PVD00219606 | SOPUS_PVD00219612 |
| SOPUS_PVD00221580 | SOPUS_PVD00221581 |
| SOPUS_PVD00223012 | SOPUS_PVD00223014 |
| SOPUS_PVD00223397 | SOPUS_PVD00223402 |
| SOPUS_PVD00223728 | SOPUS_PVD00223736 |
| SOPUS_PVD00223907 | SOPUS_PVD00223908 |
| SOPUS_PVD00224438 | SOPUS_PVD00224443 |
| SOPUS_PVD00225557 | SOPUS_PVD00225559 |
| SOPUS_PVD00225574 | SOPUS_PVD00225582 |
| SOPUS_PVD00225786 | SOPUS_PVD00225789 |
| SOPUS_PVD00225972 | SOPUS_PVD00225974 |
| SOPUS_PVD00226159 | SOPUS_PVD00226161 |
| SOPUS_PVD00227487 | SOPUS_PVD00227498 |
| SOPUS_PVD00227588 | SOPUS_PVD00227588 |
| SOPUS_PVD00227591 | SOPUS_PVD00227596 |

| | |
|---|---|
| SOPUS_PVD00227599 | SOPUS_PVD00227599 |
| SOPUS_PVD00228521 | SOPUS_PVD00228523 |
| SOPUS_PVD00231769 | SOPUS_PVD00231769 |
| SOPUS_PVD00231883 | SOPUS_PVD00231895 |
| SOPUS_PVD00232183 | SOPUS_PVD00232184 |
| SOPUS_PVD00232185 | SOPUS_PVD00232202 |
| SOPUS_PVD00234254 | SOPUS_PVD00234271 |
| SOPUS_PVD00234809 | SOPUS_PVD00234818 |
| SOPUS_PVD00235045 | SOPUS_PVD00235045 |
| SOPUS_PVD00235055 | SOPUS_PVD00235058 |
| SOPUS_PVD00236221 | SOPUS_PVD00236222 |
| SOPUS_PVD00236227 | SOPUS_PVD00236227 |
| SOPUS_PVD00238303 | SOPUS_PVD00238303 |
| SOPUS_PVD00407650 | SOPUS_PVD00407651 |
| SOPUS_PVD00409735 | SOPUS_PVD00409738 |
| SOPUS_PVD00412988 | SOPUS_PVD00413086 |
| SOPUS_PVD00413561 | SOPUS_PVD00413561 |
| SOPUS_PVD00416513 | SOPUS_PVD00416514 |
| SOPUS_PVD00418737 | SOPUS_PVD00418738 |
| SOPUS_PVD00419040 | SOPUS_PVD00419041 |
| SOPUS_PVD00419043 | SOPUS_PVD00419044 |
| SOPUS_PVD00428511 | SOPUS_PVD00428538 |
| SOPUS_PVD00428591 | SOPUS_PVD00428620 |
| SOPUS_PVD00428622 | SOPUS_PVD00428651 |
| SOPUS_PVD00428871 | SOPUS_PVD00428871 |
| SOPUS_PVD00429086 | SOPUS_PVD00429089 |
| SOPUS_PVD00430100 | SOPUS_PVD00430109 |
| SOPUS_PVD00438515 | SOPUS_PVD00438515 |
| SOPUS_PVD00438523 | SOPUS_PVD00438523 |
| SOPUS_PVD00438524 | SOPUS_PVD00438524 |
| SOPUS_PVD00438526 | SOPUS_PVD00438526 |
| SOPUS_PVD00438527 | SOPUS_PVD00438527 |
| SOPUS_PVD00438529 | SOPUS_PVD00438529 |
| SOPUS_PVD00438531 | SOPUS_PVD00438543 |
| SOPUS_PVD00438600 | SOPUS_PVD00438600 |
| SOPUS_PVD00438638 | SOPUS_PVD00438638 |
| SOPUS_PVD00438788 | SOPUS_PVD00438817 |
| SOPUS_PVD00438935 | SOPUS_PVD00438937 |
| SOPUS_PVD00438954 | SOPUS_PVD00438954 |
| SOPUS_PVD00438960 | SOPUS_PVD00438960 |
| SOPUS_PVD00439078 | SOPUS_PVD00439079 |
| SOPUS_PVD00439084 | SOPUS_PVD00439085 |
| SOPUS_PVD00439086 | SOPUS_PVD00439088 |
| SOPUS_PVD00439098 | SOPUS_PVD00439099 |

| | |
|---|---|
| SOPUS_PVD00439100 | SOPUS_PVD00439101 |
| SOPUS_PVD00439111 | SOPUS_PVD00439112 |
| SOPUS_PVD00439117 | SOPUS_PVD00439118 |
| SOPUS_PVD00439123 | SOPUS_PVD00439124 |
| SOPUS_PVD00439127 | SOPUS_PVD00439128 |
| SOPUS_PVD00439950 | SOPUS_PVD00439951 |
| SOPUS_PVD00439952 | SOPUS_PVD00439953 |
| SOPUS_PVD00439956 | SOPUS_PVD00439956 |
| SOPUS_PVD00439997 | SOPUS_PVD00440008 |
| SOPUS_PVD00440125 | SOPUS_PVD00440126 |
| SOPUS_PVD00440132 | SOPUS_PVD00440157 |
| SOPUS_PVD00440242 | SOPUS_PVD00440258 |
| SOPUS_PVD00440259 | SOPUS_PVD00440275 |
| SOPUS_PVD00440276 | SOPUS_PVD00440292 |
| SOPUS_PVD00440790 | SOPUS_PVD00440791 |
| SOPUS_PVD00440802 | SOPUS_PVD00440803 |
| SOPUS_PVD00440808 | SOPUS_PVD00440809 |
| SOPUS_PVD00440812 | SOPUS_PVD00440812 |
| SOPUS_PVD00440925 | SOPUS_PVD00440966 |
| SOPUS_PVD00441748 | SOPUS_PVD00441837 |
| SOPUS_PVD00443489 | SOPUS_PVD00443504 |
| SOPUS_PVD00444010 | SOPUS_PVD00444010 |
| SOPUS_PVD00444526 | SOPUS_PVD00444541 |
| SOPUS_PVD00444994 | SOPUS_PVD00444996 |
| SOPUS_PVD00445033 | SOPUS_PVD00445034 |
| SOPUS_PVD00445035 | SOPUS_PVD00445036 |
| SOPUS_PVD00445037 | SOPUS_PVD00445038 |
| SOPUS_PVD00445041 | SOPUS_PVD00445042 |
| SOPUS_PVD00446386 | SOPUS_PVD00446386 |
| SOPUS_PVD00446387 | SOPUS_PVD00446402 |
| SOPUS_PVD00446422 | SOPUS_PVD00446438 |
| SOPUS_PVD00446473 | SOPUS_PVD00446474 |
| SOPUS_PVD00447215 | SOPUS_PVD00447248 |
| SOPUS_PVD00447249 | SOPUS_PVD00447282 |
| SOPUS_PVD00447789 | SOPUS_PVD00447789 |
| SOPUS_PVD00447791 | SOPUS_PVD00447791 |
| SOPUS_PVD00447887 | SOPUS_PVD00447887 |
| SOPUS_PVD00450230 | SOPUS_PVD00450231 |
| SOPUS_PVD00450455 | SOPUS_PVD00450467 |
| SOPUS_PVD00450958 | SOPUS_PVD00450959 |
| SOPUS_PVD00450977 | SOPUS_PVD00450985 |
| SOPUS_PVD00451040 | SOPUS_PVD00451051 |
| SOPUS_PVD00451066 | SOPUS_PVD00451103 |
| SOPUS_PVD00451415 | SOPUS_PVD00451436 |

| | |
|---|---|
| SOPUS_PVD00451459 | SOPUS_PVD00451470 |
| SOPUS_PVD00451471 | SOPUS_PVD00451482 |
| SOPUS_PVD00451495 | SOPUS_PVD00451506 |
| SOPUS_PVD00451507 | SOPUS_PVD00451543 |
| SOPUS_PVD00451544 | SOPUS_PVD00451580 |
| SOPUS_PVD00451705 | SOPUS_PVD00451707 |
| SOPUS_PVD00451708 | SOPUS_PVD00451710 |
| SOPUS_PVD00451739 | SOPUS_PVD00451740 |
| SOPUS_PVD00451741 | SOPUS_PVD00451742 |
| SOPUS_PVD00451751 | SOPUS_PVD00451752 |
| SOPUS_PVD00451757 | SOPUS_PVD00451758 |
| SOPUS_PVD00451773 | SOPUS_PVD00451773 |
| SOPUS_PVD00451867 | SOPUS_PVD00451871 |
| SOPUS_PVD00452066 | SOPUS_PVD00452067 |
| SOPUS_PVD00452068 | SOPUS_PVD00452069 |
| SOPUS_PVD00452076 | SOPUS_PVD00452077 |
| SOPUS_PVD00452082 | SOPUS_PVD00452083 |
| SOPUS_PVD00452088 | SOPUS_PVD00452089 |
| SOPUS_PVD00452096 | SOPUS_PVD00452097 |
| SOPUS_PVD00452104 | SOPUS_PVD00452105 |
| SOPUS_PVD00452124 | SOPUS_PVD00452125 |
| SOPUS_PVD00452154 | SOPUS_PVD00452155 |
| SOPUS_PVD00452178 | SOPUS_PVD00452207 |
| SOPUS_PVD00452215 | SOPUS_PVD00452244 |
| SOPUS_PVD00452464 | SOPUS_PVD00452466 |
| SOPUS_PVD00452659 | SOPUS_PVD00452666 |
| SOPUS_PVD00452667 | SOPUS_PVD00452674 |
| SOPUS_PVD00453366 | SOPUS_PVD00453368 |
| SOPUS_PVD00453371 | SOPUS_PVD00453371 |
| SOPUS_PVD00453391 | SOPUS_PVD00453413 |
| SOPUS_PVD00453414 | SOPUS_PVD00453436 |
| SOPUS_PVD00453441 | SOPUS_PVD00453442 |
| SOPUS_PVD00453443 | SOPUS_PVD00453444 |
| SOPUS_PVD00453447 | SOPUS_PVD00453448 |
| SOPUS_PVD00453449 | SOPUS_PVD00453450 |
| SOPUS_PVD00453527 | SOPUS_PVD00453532 |
| SOPUS_PVD00454638 | SOPUS_PVD00454639 |
| SOPUS_PVD00455423 | SOPUS_PVD00455423 |
| SOPUS_PVD00457063 | SOPUS_PVD00457064 |
| SOPUS_PVD00457230 | SOPUS_PVD00457231 |
| SOPUS_PVD00457236 | SOPUS_PVD00457237 |
| SOPUS_PVD00457238 | SOPUS_PVD00457239 |
| SOPUS_PVD00457240 | SOPUS_PVD00457240 |
| SOPUS_PVD00457244 | SOPUS_PVD00457245 |

| | |
|---|---|
| SOPUS_PVD00457463 | SOPUS_PVD00457463 |
| SOPUS_PVD00457656 | SOPUS_PVD00457657 |
| SOPUS_PVD00457658 | SOPUS_PVD00457659 |
| SOPUS_PVD00457665 | SOPUS_PVD00457666 |
| SOPUS_PVD00457691 | SOPUS_PVD00457691 |
| SOPUS_PVD00457868 | SOPUS_PVD00457892 |
| SOPUS_PVD00458654 | SOPUS_PVD00458684 |
| SOPUS_PVD00458708 | SOPUS_PVD00458708 |
| SOPUS_PVD00458742 | SOPUS_PVD00458744 |
| SOPUS_PVD00458935 | SOPUS_PVD00458969 |
| SOPUS_PVD00459017 | SOPUS_PVD00459042 |
| SOPUS_PVD00459219 | SOPUS_PVD00459239 |
| SOPUS_PVD00460807 | SOPUS_PVD00460837 |
| SOPUS_PVD00460839 | SOPUS_PVD00460863 |
| SOPUS_PVD00461064 | SOPUS_PVD00461098 |
| SOPUS_PVD00573584 | SOPUS_PVD00573585 |
| | |
| SOPUS_PVD00000156 | SOPUS_PVD00000200 |