**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CONSERVATION LAW FOUNDATION, INC.,

*Plaintiff*,

v.

EQUILON ENTERPRISES LLC (d/b/a SHELL OIL PRODUCTS US), SHELL OIL COMPANY, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, MOTIVA ENTERPRISES LLC, and TRITON TERMINALING LLC,

*Defendants*.

C.A. No. 1:17-cv-00396-WES-PAS

May 11, 2026

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER NO. 3**

Plaintiff Conservation Law Foundation ("CLF") and Defendants respectfully file this Joint Motion to modify the Court's Case Management Order No. 3 (ECF 275). to amend the following dates:

| **Event** | **Current Deadline** | **New Proposed Deadline** |
|---|---|---|
| Deadline for expert reports for burden of proof issues | 3/17/26 | 6/17/26 |
| Deadline for expert reports on non-burden of proof issues | 4/21/26 | 7/22/26 |
| Deadline for reports of rebuttal experts | 5/15/26 | 8/14/26 |
| **Close of Expert Discovery** | 6/26/26 | 9/28/26 |
| Daubert Motions | 7/17/26 | 10/26/26 |
| Responses in opposition to Daubert motions | 8/14/26 | 11/23/26 |
| Replies in support of Daubert motions | 8/28/26 | 12/11/26 |
| **Deadline for filing of dispositive motions** | 9/30/26 | 1/15/27 |

| | | |
|---|---|---|
| Responses in opposition to dispositive motions | 10/20/26 | 02/05/27 |
| Replies in support of dispositive motions | 11/3/26 | 2/19/27 |
| Filing of joint request for Case Management Conference with proposal for Final Case Management Order to set remaining deadlines (e.g., final pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3), pretrial memoranda, motions in limine, final pretrial conference, trial, etc.) | 11/17/26 | 3/15/27 |

Good cause exists for the proposed amendments. As discussed during recent discovery status conferences, a scheduled inspection of the Providence Terminal by Plaintiff's experts had to be delayed twice due to adverse weather conditions in Providence. Although the site inspection was rescheduled for April 14, 2026, Defendants had to cancel that date due to an unanticipated conflict. Based on the availability of the parties and Plaintiff's experts, the site inspection has now been rescheduled for May 27, 2026. The proposed modifications to the CMO are based on the adjustment of the expert disclosure deadlines to account for the new inspection date.

In addition, the Parties have worked cooperatively and in good faith to complete outstanding discovery. This includes completing most of the Rule 30(b)(6) deposition of the Defendants on March 24, 2026. The completion of that deposition does not affect the proposed schedule. Plaintiff also anticipates taking the testimony of Dr. Alison Brown in Scotland through the process initiated last year by a Letter of Request under the applicable Hague Convention. The Scottish Court has scheduled a proceeding to take that testimony on June 1-2, 2026.

For the reasons outlined above, and subject to further discussions at the status conference scheduled on May 12, 2026, the parties respectfully request that the Court grant the Parties' Joint Motion to Modify Case Management Order No. 3 (ECF 275).

DATED: May 11, 2026

Respectfully submitted,

*/s/Ryan Kearney*
Ryan Kearney
Douglas A. Henderson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: (404) 572-2769
dhenderson@kslaw.com
rkearney@kslaw.com

Rose H. Jones
Hilgers Graben PLLC
1372 Peachtree Street, N.E.
19th Floor
Atlanta, GA 30309
T: (678) 229-1983
rjones@hilgersgraben.com

*Counsel for Defendants*

*/s/ Vincent Greene*
Vincent Greene (RI 5971)
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
(401) 457-7730
vgreene@motleyrice.com

Kristine Sears Tardiff*
Conservation Law Foundation, Inc.
New Hampshire
27 North Main Street
Concord, NH 03301
603-573-9144
ktardiff@clf.org

Christopher M. Kilian*
Anna Tadio*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
Tel: (802) 223-5992
ckilian@clf.org
atadio@clf.org

*Attorneys for Plaintiff*
*Conservation Law Foundation, Inc.*

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, the foregoing Joint Motion to Modify Case Management Order No. 3 was filed through the Court's electronic filing system ("ECF"), through which the document is available for viewing and downloading, and a copy of the filing will be sent electronically to all parties registered with the ECF system for this case.

/s/ Kristine S. Tardiff
Kristine S. Tardiff