**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br>*Plaintiff*,<br>v.<br>EQUILON ENTERPRISES LLC (d/b/a SHELL OIL PRODUCTS US), SHELL OIL COMPANY, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, MOTIVA ENTERPRISES LLC, TRITON TERMINALING LLC, and EQUILON ENTERPRISES LLC,<br>*Defendants*. | No. 1:17-cv-00396-JJM-PAS<br>June 15, 2026 |

**JOINT STATUS REPORT REGARDING MEMORANDUM AND ORDER REGARDING UNSEALING OF JUDICIAL RECORDS (ECF 342)**

The Court's Memorandum and Order Regarding Unsealing of Judicial Records (ECF 342) ("Order") directed the parties to meet and confer regarding whether the "handful of links" in the three Design and Engineering Standards ("DEP") documents to be unsealed as judicial records "point to confidential internal online repositories or other confidential materials." Order at 10. The Order further states that "[t]o the extent such links permit access to confidential (that is, non-public) materials that have not become judicial records in this case or in the Connecticut case, the redaction of just the links may be sustained." *Id*.

The parties met and conferred in accordance with the Order and have reached agreement regarding the redactions for the following documents. The redacted versions of the following exhibits are attached to this Joint Status Report:

(1) Unredacted copy of CLF's Exhibit H, Shell Group of Companies, Design and Engineering Practice ("DEP") Informative Metocean Design and Operating Considerations (Feb. 2011) (SOPUS_NHVN02448750) (ECF 247-4);

(2) Redacted copy of CLF's Exhibit J, Shell Group of Companies, Design and Engineering Practice (DEP) Informative Metocean Design and Operating Considerations for Offshore and Onshore Structures – Adaptation to Climate Change (Feb. 2015) (SOPUS_NHVN02448985) (ECF 247-5);

(3) Redacted copy of CLF's Exhibit K, Shell Group of Companies, Design and Engineering Practice (DEP) Specification, Meteorological and Oceanographic Design and Operating Considerations Offshore, Coastal and Onshore, DEP 37.00.10.10-Gen (Feb. 2017) (SOPUS_NHVN02448857) (ECF 247-6);

(4) Redacted copy of CLF's Exhibit F, Shell Global Sols. Int'l B.V., Water Risks - Climate Change - Tools: A Review (Mar. 2020) (SOPUS-NHVN02407297) (ECF 247-3). Defendants agreed to the unsealing of this document with the redactions previously agreed to by the parties, but the redaction version was not filed at that time.

The remaining exhibits and documents that Defendants withdrew their opposition to unsealing[1], or that are to be unsealed in accordance with the Court's Order, have not yet been unsealed on the docket.[2] Plaintiff seeks direction on whether it should re-file these documents on the docket, or alternatively asks the Court to direct that these documents be unsealed per the Court's Order.

---

[1] Defendants withdrew their opposition to the unsealing of Plaintiffs' Exhibit L (ECF 247-7), M (ECF 247-8) and N (ECF 247-9).

[2] These filings are CLF's summary judgment brief (ECF 251), its Statement of Additional Facts Not in Dispute (ECF 252), and Defendants' Responses to Plaintiffs' Additional Facts Not in Dispute (ECF 255-1 and ECF 260).

Dated: June 15, 2026

Respectfully submitted,

/s/ *Vincent L. Greene*
Vincent L. Greene (RI Bar # 5971)
Motley Rice LLC
40 Westminster Street, 5th Floor
Providence, RI 02903
(401) 457-7730
vgreene@motleyrice.com

Kristine Sears Tardiff*
Conservation Law Foundation, Inc.
New Hampshire
27 North Main Street
Concord, NH 03301
603-573-9144
ktardiff@clf.org

Christopher M. Kilian, Esq.*
Anna Tadio*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 622-3020
(802) 779-4621
ckilian@clf.org
atadio@clf.org

James Crowley, Esq.
RI Bar # 9405
Conservation Law Foundation, Inc.
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
(401) 228-1905
jcrowely@clf.org

Michael Pendell*
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 218-2722
mpendell@motleyrice.com

/s/ *Rose J. Jones*
Rose J. Jones (admitted *pro hac vice*)
HILGERS PLLC
1372 Peachtree St NE
Atlanta, GA 30309
T: (402) 218-2106
rjones@hilgerslaw.com

Douglas A. Henderson (admitted *pro hac vice*)
Carmen R. Toledo (admitted *pro hac vice*)
Ryan T. Kearney (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com
ctoledo@KSLAW.com
rkearney@kslaw.com

Antonio E. Lewis (admitted *pro hac vice*)
KING & SPALDING LLP
300 S Tryon Street Suite 1700
Charlotte, North Carolina 28202
T: (704) 503-2600
alewis@kslaw.com

Drew T. Bell (admitted pro hac vice)
King & Spalding LLP
500 W 2nd St, Suite 1800
Austin, Texas 78701
(512) 457-2000
dbell@kslaw.com

Jennifer Stuhldreher (admitted pro hac vice)
King & Spalding LLP
1100 Louisiana St, Suite 4100
Houston, Texas 77002
(713) 751-3200
jstuhldreher@kslaw.com

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*

Robert D. Fine (RI Bar # 2447)
Chace Ruttenberg & Freedman, LP
One Park Row, Suite 300
Providence, RI 02903
T: (401) 453-6400
rfine@crfllp.com

Anthony G. Papetti (admitted *pro hac vice*)
Beveridge & Diamond, P.C.
825 Third Ave., 16th Floor
New York, NY 10022
T: (212) 702-5400
F: (212) 702-5442
apapetti@bdlaw.com

John S. Guttmann (admitted *pro hac vice*)
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
T: (202) 789-6020
F: (202) 789-6190
jguttmann@bdlaw.com

Bina R. Reddy (admitted *pro hac vice*)
Beveridge & Diamond, P.C.
400 West 15th Street Suite 1410
Austin, TX 78701-1648
T: (512) 391-8000
F: (202) 789-6190
breddy@bdlaw.com

Megan L. Marzec Morgan (admitted *pro hac vice*)
Roy D. Prather III (admitted *pro hac vice*)
Beveridge & Diamond, P.C.
201 North Charles Street, Suite 2210
Baltimore, MD 21201-4150
T: (410) 230-1305
F: (410) 230-1389
mmorgan@bdlaw.com
rprather@bdlaw.com

*Counsel for Defendants*