**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>EQUILON ENTERPRISES LLC (d/b/a SHELL OIL PRODUCTS US), SHELL OIL COMPANY, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, MOTIVA ENTERPRISES LLC, TRITON TERMINALING LLC, and EQUILON ENTERPRISES LLC,<br><br>*Defendants*. | No. 1:17-cv-00396-JJM-PAS<br><br>September 10, 2026 |

**JOINT MOTION TO UNSEAL SUMMARY JUDGMENT RECORDS**

Pursuant to the guidance provided during the parties' Discovery Conference before Judge Sullivan on August 24, 2026, the parties jointly move to unseal summary judgment records in accordance with the Court's Memorandum and Order Regarding Unsealing of Judicial Records (ECF 342) ("Order"). This motion covers two groups of documents.[1]

The first group of filings to be unsealed consists of four summary exhibits that Defendants withdrew their opposition to unsealing during the proceedings related to the Court's Order. *See* Defs.' Post-Hearing Br. at 2 (ECF No. 335); Order at 3 n.1. These filings are:

[1] The Court's Order also directed the parties to meet and confer regarding redactions to three Shell Design and Engineering Standards documents to be unsealed as judicial documents pursuant to that Order. The parties reported their compliance with that aspect of the Court's Order by filing a Joint Status Report on June 15, 2026 (ECF No. 355). Attached to this Joint Status Report are redacted versions of four additional summary judgment exhibits, originally filed under seal as Plaintiff's Exhibit F (ECF 247-3), Plaintiff's Exhibit H (ECF 247-4), Plaintiff's Exhibit J (ECF 247-5), Plaintiff's Exhibit K (ECF 247-6).

(1) Plaintiff's Exhibit B (ECF 247-12) - Excerpt of Rule 30(b)(6) Deposition of Defendants (Michael J. Sullivan, designee), dated Feb. 6, 2025.

(2) Plaintiff's Exhibit L (ECF 247-7) - Met Office Hadley Centre, Climate Risk Assessment: Pilot Project (May 2014) (SOPUS_NHVN02407015).

(3) Plaintiff's Exhibit M (ECF 247-8) - Shell Global Sols. Int'l B.V., Reducing the Impact of Weather and Climate Hazards on Operations – Guideline 1, Weather Risk Assessment and Mitigation (May 2016) (SOPUS_NHVN02409148).

(4) Plaintiff's Exhibit N (ECF 247-9) - Shell Global Sols. Int'l B.V., Reducing the Impact of Weather and Climate Hazards on Operations – Guideline 2, Main Weather–Related Hazards and Considerations by Region (May 2016) (SOPUS_NHVN02409214).

The second group consists of those filings that the Court's Order directs to be unsealed. These are:

(1) Plaintiff's Corrected Response in Opposition to Defendants' Motion for Partial Summary Judgment (ECF No. 251).

(2) Plaintiff's Statement of Additional Facts Not in Dispute (ECF No. 252).

(3) Defendants' Responses to Plaintiff's Additional Facts Not in Dispute (ECF No. 255-1).

(4) Defendants' Response to Plaintiff's Statement of Additional Facts Not in Dispute (ECF No. 260).

These filings remain sealed on the docket in this case. To effectuate the Court's Order and Defendants' withdrawal of its opposition to Plaintiff's motion to unseal the documents identified above, the parties jointly request that the Court grant this motion and thereby direct the Clerk of Court to unseal these filings on the public docket.

Dated: September 10, 2026

Respectfully submitted,

/s/ Vincent L. Greene
Vincent L. Greene (RI Bar # 5971)
Motley Rice LLC
40 Westminster Street, 5th Floor
Providence, RI 02903
(401) 457-7730
vgreene@motleyrice.com

Kristine Sears Tardiff*
Conservation Law Foundation, Inc.
New Hampshire
27 North Main Street
Concord, NH 03301
603-573-9144
ktardiff@clf.org

Christopher M. Kilian, Esq.*
Anna Tadio*
Conservation Law Foundation, Inc.
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 622-3020
(802) 779-4621
ckilian@clf.org
atadio@clf.org

Michael Pendell*
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
(860) 218-2722
mpendell@motleyrice.com

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*

/s/ Rose J. Jones
Rose J. Jones (admitted *pro hac vice*)
HILGERS PLLC
1372 Peachtree St NE
Atlanta, GA 30309
T: (402) 218-2106
rjones@hilgerslaw.com

Douglas A. Henderson (admitted *pro hac vice*)
Carmen R. Toledo (admitted *pro hac vice*)
Ryan T. Kearney (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
T: (404) 572-4600
dhenderson@kslaw.com
ctoledo@KSLAW.com
rkearney@kslaw.com

Antonio E. Lewis (admitted *pro hac vice*)
KING & SPALDING LLP
300 S Tryon Street Suite 1700
Charlotte, North Carolina 28202
T: (704) 503-2600
alewis@kslaw.com

Drew T. Bell (admitted pro hac vice)
King & Spalding LLP
500 W 2nd St, Suite 1800
Austin, Texas 78701
(512) 457-2000
dbell@kslaw.com

Robert D. Fine (RI Bar # 2447)
Chace Ruttenberg & Freedman, LP
One Park Row, Suite 300
Providence, RI 02903
T: (401) 453-6400
rfine@crfllp.com

*Counsel for Defendants*